3

**COPY**

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS PENA | * | |
| Plaintiff | * | |
| | * | |
| V. | * | CIV. No: B-03-040 |
| | * | |
| VALENTIN BARAJAS | * | |
| THOMAS BARAJAS | * | |
| Defendants | * | |

------------------------------------------------

NOTICE OF REMOVAL

------------------------------------------------

Jose Luis Pena, Applicant, hereby files his Notice of Removal a cause of action filed in the Justice Court of Cameron County, Texas, Precinct 5, Place 2.

This cause of action is frivolous and without merits in that Valentin Barajas has brought this cause of action without standing to do so, and therefore, the Justice Court is without jurisdiction to adjudicate such an action.

Applicant further alleges that any and all causes of action arise out of the same incident and therefore, Valentin Barajas being a resident of Florida, as well as Thomas Barajas, it is only proper for the United States District Court for the Southern District of Texas has and shall maintained jurisdiction (adversity) to fully adjudicate these causes of actions.

Respectfully submitted,

Jose Luis Pena
P.O. Box 531244
Harlingen, Texas 78553
(956)  412-3045

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Removal has this day been sent to all intereste parties on this the 18 day of February, 2003.

Jose Luis Pena

cc:  Hon. David Wise
     Valentin Barajas
     Thomas Barajas

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

```
--------------------------------  *
                                  *
In Re:                            *
                                  *     Case No. B-03-040
Valentin Barajas, et al and       *
Jose Luis Pena                    *
                                  *
                                  *
--------------------------------  *
```

## LIST OF COUNSEL OF RECORD

The following is a list of counsel of record for the parties as of the date of the filing of this Notice of Removal by Jose Luis Pena, (the "Applicant").


| Party | Counsel of Record |
|-------|-------------------|
| Jose Luis Pena<br>  Plaintiff | Jose Luis Pena, **Pro Se**<br>P.O. Box 531244<br>Harlingen, Texas 78553<br>Telephone (956) 412-3045 |
| Valentin Barajas<br>  Defendant | Valentin Barajas,<br>43 Kelly Lane<br>Auburndale, Florida 33823<br>Telephone (863) 287-5980 |
| Thomas Barajas<br>  Defendant | Thomas Barajas,<br>43 Kelly Lane<br>Auburndale, Florida 33823<br>Telephone (863) 287-5980 |

List of Counsel of Record-Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

```
-------------------------------   *
                                  *
In Re:                            *
                                  *   Case No. B-03-040
Valentin Barajas and              *
Jose Luis Pena                    *
                                  *
-------------------------------   *
```

## INDEX OF MATTERS BEING FILED

This is an Index of Matters being filed by Jose Luis Pena, (the "Applicant) with his Notice of Removal filed herein.

Matter                                                               Page Number

Plaintiff's Original Petition for Forcible
Detainer & Eviction in Cause No. CV-91-02
filed on the 28th Day of August, 2002 ............................... 1

Civil Citation with Officer's Return showing service
on Jose Luis Pena on January 16, 2003 ............................... 2

Defendant's Plea to the Jurisdiction ................................ 3

Defendant's Original Answer and Motion to Dismiss ................... 5

Motion for Summary Judgment ......................................... 8

Order setting Motion for Summary Judgment hearing ................... 16

Order of Trial Setting dated January 27, 2003 on Valentin Barajas
V. Jose Luis Pena set for Trial on the merits on February 19, 2003 . 17

Amended Order of Trial Setting (changing original party/plaintiff:
from Valentin Barajas to Tomas Barajas) ............................. 18

Second Amended Order of Trial Setting ( Again the parties were changed
from Valentin Barajas to Tomas Barajas without conforming to the
Rules of Procedure) ................................................. 19

EXHIBIT
" A"

# CIVIL CITATION FORCIBLE ENTRY & DETAINER

**TO:**   Jose Luis Pena   and all occupants
      2914 Nueces Dr.
      Harlingen, TX.

In the herein numbered Cause:  **CV-91-02**

You are hereby commanded to appear before me, **David A. Wise, a Justice of the Peace**   in  and for Precinct 5-2 in Cameron County, Texas, at my office     **608 E. Harrison St. Harlingen, Texas 78550**   you are  to  appear within   **10 days from the date of serving this Citation. At 10:00 A.M.**   in this cause numbered  **CV-91-02** on the Docket of said Court, then and there to answer the complaint of:

 **Valentine Barajas  43 Kelly Lane Auborndale, Fla/represented by Atty. Angel Castro**  Plaintiff complaining of

 **Jose Luis Pena   and all occupants   Harlingen, Tx.,**          Defendant

in the action of Forcible Entry & Detainer of concerning the following  described property and premises, to wit: Property located at:  _____ **above mention  Harlingen, Tx.**

Plaintiff also sues for  **$3,500.00** unpaid rent and damages and cost and for such other relief as he/she may be entitled

    Witness my  official signature on  **10th.     day   January   2003**

_signature_

**David A. Wise,** Justice of the Peace
Pct. 5-2 Cameron County, Texas
(956) 427-8058
∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

## OFFICER RETURN

Came to hand on the  _13Th_  day of _January_ ,2003  at  _8_  o'clock _A_ .M  and executed in Cameron County Texas By delivering a true copy of this Citation and Petition in person to the within named Defendant, and/or a person over the age of (16) years at the usual place of abode, to wit:

    Rule 742-A  Attached ( check here if applicable)

| Date | Time | Name of Def./Tenants and/or a person over the age of (16) years | Address |
|------|------|------------------------------------------------------------------|---------|
| 1/16 -2003 | 10:18 A.M. | Jose Luis Pena | 2914 Nueces Dr |
|      -2003 | .M. |  |  |

_Guadalupe Gonzales_
**Constable  Lupe Gonzales**
Cameron County, Texas
_Ernest Barajas_
By Deputy

_Rec'd @ 1-16-02 @ 10:15 J.L.P._

2

CAUSE NO: _CV-91-02_

| | |
|---|---|
| Valentine Barajas | IN THE JUSTICE COURT |
| **Plaintiff's Name        (Landlord)** | |
| V.S. | CAMERON COUNTY, TEXAS |
| Jose Luis Pena        (& all occupants) | |
| **Defendant's Name        (tenants)** | PRECINCT 5, PLACE 2, |

### PLAINTIFF'S ORIGINAL PETITION
### FORCIBLE DETAINER & EVICTION

NOW COMES __Valentine Barajas__, hereinafter referred to as "Plaintiff" whether one or more complaining of _____Jose Luis Pena_____, ▓▓▓▓▓▓▓▓▓▓▓▓ of the "Leased/Rental" Premises hereinafter described, hereinafter referred to as "Defendant" whether one or more and for cause of action would respectfully show that Plaintiff is entitled to possession of the "▓▓▓▓▓▓▓▓▓▓▓," and in support of would show the following:

1. Plaintiff does business in Cameron County, Texas.  Defendant resides in Cameron County, Texas and may be served  with process at the address of the "▓▓▓▓▓▓▓▓▓▓" or at such other place as Defendant may be found  which is: __2914 Nueces Dr. Harlingen, Texas 78553__
   (the address(s) listed herein are all of the addresses (work/home) of Defendant known to Plaintiff)

2. The Leased Premises are located within the jurisdiction of this Honorable Court, the same being within this Precinct of Cameron County, Texas.

3. Heretofore, Plaintiff entered into an agreement with the Defendant for occupancy of the Leased/Rented Premises.  Defendant has violated the terms of  the agreement by: ▓▓▓▓▓▓▓▓▓▓▓▓
   ☒ Failing to pay rent for the period beginning the __1st__ day of __July  2002__, 2001, and running through the present;
   ☒ Back-Rent (months/days) __4 Months__ @ $ __700.00__ amount per month Back-Rent: $ __2,800.00__.
   ☒ Breaching the terms and conditions of the agreement by: __Failure to pay rent.__

In the event that neither of the above causes is checked, possession of the premises is sought by the Plaintiff under the cause of action that the owner wants possession, Defendant went into possession of the leased premises by virtue of the agreement of the parties and at the present time, remains in possession of the same, Plaintiff has given the Defendant a timely notice to vacate as a prerequisite to the filing of this lawsuit.  Despite this written demand for the return of the leased premises, Defendant has failed and refused to comply with said demand and is wilfully withholding possession of the leased premises at the present time.  Accordingly, Plaintiff has terminated the Defendant's right to possession and is entitled to immediate possession of the leased premises.

4. In addition to possession of the leased premises, Plaintiff hereby seeks Judgment against Defendant for: ▓▓▓▓▓▓▓▓▓▓▓▓
   ☒ Back-Rentals in the amount of $ __2,800.00__, plus such daily rentals as may accrue between the time of filing this petition and the Defendant vacates the leased premises.
   ☒ Interest at the maximum legal rate until Judgment is paid.  Amount of interest:   $_____
   ☒ Reasonable Attorney's fees if it is necessary to employ counsel, Amount of Fees: $ __500.00__.

WHEREFORE, PREMISES CONSIDERED,  Plaintiff requests that Defendant be cited to answer the complaint and upon final hearing hereof, that Defendant be adjudged guilty of Forcible Detainer, that restitution of the leased premises be made to the Plaintiff, and that Plaintiff recover Judgment for the amount to which Plaintiff may show this Court that it is entitled to recover, along with such other and further relief, both general and special, legal and equitable, to which Plaintiff may show entitlement.

_Valentine Barajas_ , _863-287-5980_ or _956-592-4053_
**Plaintiff's Signature  (and/or authorized agent)       Phone Number**
_43 Kelly Lane_        _Auburndale, Fla. 33823_
**Address        City/State**

SUBSCRIBED AND SWORN TO BEFORE ME on this __28th__ day of __August__ 20 _02_.

_Sall L Rev_
**Notary  Public for the State of Texas**
My Commission expires: __05-15-2005__

(Notary seal: SAMANTHA L. ROSENBAUM, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 05-15-2005)

3

FILE COPY

CAUSE NO. __CV-91-02__

| | | |
|---|---|---|
| VALENTIN BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

---

## DEFENDANT'S PLEA TO THE JURISDICTION

---

TO THE HONORABLE JUDGE OF SAID COURT:

JOSE LUIS PENA, Defendant in the above-named cause, makes this Plea to the Jurisdiction of this Court, and in support of such Plea shows the following:

I.

This suit is brought by VALENTIN BARAJAS. Defendant further shows this Honorable Court that plaintiff's alleged complaint is in the nature of a petition for breach of contract between plaintiff, Valentin Barajas and defendant, Jose Luis Pena in regards to the premises in question. Defendant, Jose Luis Pena, entered into a contract to purchase the premises in question from one THOMAS BARAJAS, and as such, the initial down payment was made to THOMAS BARAJAS and not Valentin Barajas. Therefore, the proper forum for a breach of contract on real estate is the State District Courts. Plaintiff is seeking to adjudicate a cause of action not within the jurisdiction of this court, furthermore, the plaintiff seeks an action of which he has no standing to adjudicate in that there is and never was a relationship of landlord and tenant between plaintiff and defendant, thus, this Court should dismiss these proceedings for lack of jurisdiction of the parties, subject matter jurisdiction.

9:35A

JAN 27 2003

II.

Plaintiff, Valentin Barajas, had never been a landlord of defendant nor has defendant entered into any lease or rental agreements with the alleged plaintiff, Valentin Barajas. Defendant has raise and will raise the issue of ownership and title to the property, an issue clearly not within the jurisdiction of this court. The right to possession depends on the validity of Plaintiff's lien, that should be resolved, before this suit is heard.

WHEREFORE, defendant, Jose Luis Pena respectfully prays that his cause be dismissed with cost and expenses to be taxed against plaintiff and that defendant have such other and further relief, both general and special in law and equity, to which defendant is justly entitled.

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS   78553
(956)  412-3045

## VERIFICATION

STATE OF TEXAS          *
                        *
COUNTY OF CAMERON        *

BEFORE ME, the undersigned Notary Public on this day personally appeared JOSE LUIS PENA, who being by me duly sworn on his oath deposed and said that he is the defendant in this cause, that he has read the above and foregoing Defendant's Plea to the Jurisdiction and that every statement contained therein is, to the best of his personal knowledge true and correct.

JOSE LUIS PENA-AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the 27th day of January, 2003, to certify which witness my hand and official seal.

Notary Public in and for the
State of Texas

.5

FILE COPY

CAUSE NO:  CV-91-02

| | | |
|---|---|---|
| VALENTIN BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

## DEFENDANT'S ORIGINAL ANSWER AND MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOSE LUIS PENA, Defendant, not having waved his Plea to the Jurisdiction, files his Defendant's Original Answer and Motion to Dismiss, and would respectfully show the following:

### GENERAL DENIAL

1.

Defendant generally denies each and every, all and singular the allegations in Plaintiff's Original Petition for Forcible Detainer & Eviction and any subsequent amended or supplemented petition, and demands the strictest proof thereof.

930 A

JAN 27 2003

II.

### MOTION TO DISMISS FOR LACK OF JURISDICTION

Defendant would show that his Honorable Court is without jurisdiction to adjudicate the issues alleged in Plaintiff's Original Petition. Plaintiff's cause of action, if any, under their allegations in their Original Petition is for a breach of contract agreement to buy real estate and/or a homestead. Plaintiff, Valentin Barajas, and defendant, Jose Luis Pena, have never entered into any type of contractual agreement for the lease /or rental of the premises in question. Defendant, Jose Luis Pena, entered into an contractual

agreement to purchase the property in question from one Thomas Barajas. Furthermore, there is no relationship with Mr. Valentin Barajas as to the purchase of the property in question. Any and all payments were made payable to Thomas Barajas. Therefore, Valentin Barajas has no "standing" to bring about any sort of action against defendant, Jose Luis Pena, and or any of the occupants of the premises in question.

Therefore, such breach of contract is not within the original jurisdiction of this Court, Real Estate Fraud.

### III.

Defendant would further show this Honorable Court is without jurisdiction to hear the merits of this fraudulent action by Valentin Barajas. The law is clear in that District Courts are the only courts with exclusive jurisdiction to entertain these type of actions. Plaintiff, Valentin Barajas further failed to state the facts which allegedly entitles him to the possession and authorized him to take action alleged in his petition.

Therefore, this Court should dismiss these proceedings for lack of jurisdiction, subject matter jurisdiction, defective pleadings and defective service and the title to the premises in question, a state district court exclusive jurisdiction.

WHEREFORE, PREMISES CONSIDERED, Defendant, JOSE LUIS PENA, prays Plaintiff's Original Petition be dismissed and that Plaintiff take nothing by its suit. Defendant further prays that this Court award such other and additional relief, general or specific, at law or in equity, to which he may be entitled, and that costs be adjudged against the plaintiff.

Respectfully submitted,

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS 78553
(956)  412-3045

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, to-wit:  Defendant's Plea to the Jurisdiction, Defendant's Original Answer and Motion to Dismiss, have been served on all parties of record by mail and/or telecopier on this the 2/th day of January, 2003.

JOSE LUIS PENA

Mr. Valentin Barajas
43 Kelly Lane
Auburndale, Fla.  33823

**FILE COPY**

CAUSE OF ACTION NO:  CV-91-02

| | | |
|---|---|---|
| VALENTIN BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

---

## MOTION FOR SUMMARY JUDGMENT

---

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, JOSE LUIS PENA, hereinafter referred to as "movant" in the above entitled and numbered cause, and moves for a Summary Judgment against Plaintiff, VALENTIN BARAJAS, and in support would show the Court the following:

I.

Defendant, Jose Luis Pena, has answered in this cause.

II.

Plaintiff, VALENTIN BARAJAS, has sued Movant, Jose Luis Pena, to-wit:  for Forcible Entry & Detainer and for unpaid rents on 2914 Nueces Dr. Harlingen, Texas 78550.

III.

This lawsuit arises out of the following transactions, acts and events: Movant entered into an agreement and/or contractual agreement with one THOMAS BARAJAS, for the purchase of the property in question, 2914 Nueces Dr.. Harlingen, Texas; Movant, Jose Luis Pena as Buyer and Thomas Barajas as Seller.  The proof attached hereto as Exhibits shows that there are no fact issues as to plaintiff, Valentin Barajas in this case, the ownership of the house in question.

9:30A

JAN 2 7 2003

IV.

## LEGAL BASIS

The standards for reviewing Motions for Summary Judgments are well established.  See <u>Black v. Victoria Lloyds Ins. Co.</u>, 797 S.W. 2d 20, 23 (Tex. 1990); <u>Cox v. Upjohn Co.</u>, 913 S.W. 2d 225 (Tex.-App. Dallas 1995).

In a Summary Judgment, a movant has the burden of showing that there is no genuine issue of material fact and that the movant is entitled to judgment as a matter of law.  <u>Gilchrist v. Bandera Electric Cooperative</u>, 924 S.W. 2d 368, 369 (Tex. App-San Antonio, 1996); <u>Citizens First Nat'l Bank v. Cinco Exploration Co.</u>, 540 S.W. 2d 292, 294 (Tex. 1976); <u>Gaddis v. Smith</u>, 417 S.W. 2d 577, 582 (Tex. 1967).

The existence of a legally cognizable duty is a prerequisite to all liability.  <u>Butcher v. Scott</u>, 906 S.W. 2d 14 (Tex. 1995).  The existence of a legal duty is a question of law for the Court's determination.  <u>Fort Bend County Drainage Dist. v. Sbrusch</u>, 818 S.W. 2d 392 (Tex.1991).  There is no legal cognizable duty between movant, Jose Luis Pena, and plaintiff, Valentin Barajas, as parties to a contract and/or agreement as to the sale and purchase of the property in question.

The jurisdictional question presented is not complex.  As a general proposition, before a court may address the merits of any case, the court must have jurisdiction over the party or the property subject to the suit, jurisdiction over the subject matter, jurisdiction to enter the particular judgment, and capacity to act as a court.  The <u>State Bar of Texas v. Gomez</u>, 891 S.W. 2d 243, 245, (Tex. 1994);  <u>Austin Indep. Sch. Dist. v. Sierra Club</u>, 495 S.W. 2d 878, 881 (Tex. 1973).

Subject matter jurisdiction requires that the party bringing the suit have standing, that there be a live controversy between the parties, and that the case be justiciable.  See Gomez at p. 245; Texas Ass'n of Business v. Texas Air Conrol Bd., 852 S.W. 2d 440, 443-46 (Tex. 1993). If the court lacks jurisdiction, in any of these senses, then its decision would not bind the parties.

Therefore, accordingly, based on the evidence attached hereto, this court has no alternative but to dismiss this cause for want of jurisdiction with prejudice.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, movant prays that the Court grant movant's Motion for Summary Judgment and that movant be entitled to any and all just costs, expenses and damages as he is entitled to, either by law or in equity.

Respectfully submitted,

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS  78553
(956) 412-3045

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, to-wit: Defendant's Motion for Summary Judgment, has been served on all parties of record by mail and/or telecopier on this the 27th day of January, 2003.

Jose Luis Pena

Mr. Valentin Barajas
43 Kelly Lane
Auburndale, Fla.  33823

 COPY    FILE COPY

## AFFIDAVIT

STATE OF TEXAS                    *
                                  *
COUNTY OF CAMERON                 *


    BEFORE ME, the undersigned authority, on this day personally appeared JOSE LUIS PENA, who being by me duly sworn on his oath deposed and said:

1.    My name is Jose Luis Pena. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

2.    I am the defendant in Cause No. CV-91-02; In the Justice Court of Cameron County, Texas, which suit is filed in Precinct 5, Place 2, by one Valentin Barajas.

3.    On or about May of 2002, I entered into a contractual agreement with one THOMAS BARAJAS, for the purchase and sale of a property, a house, located at 2914 Nueces Dr. Harlingen, Texas.

4.    I further state that I never entered into any sort of contractual agreement with a Valentin Barajas as to the purchase of the house in questioned. My contractual agreement for such purchase was with and entirely with Thomas Barajas, the record owner of the property in question.

5.    Again, I would state that I had no contractual agreements with Valentin Barajas as it refers to the purchase of the property in question, 2914 Nueces Dr. Harlingen, Cameron County, Texas.

                                        _____
                                       JOSE LUIS PENA-AFFFIANT


SUBSCRIBED AND SWORN TO BEFORE ME by the said JOSE LUIS PENA,

on this 27th day of January, 2003, to certify which witness my

hand and seal of office.


                                        _____
                                       Notary Public in and for the
                                        State of Texas



TAX OFFICE

305 E. JACKSON ST. - SUITE 102
HARLINGEN, TX  78551
Phone No. (956) 428-7999

TAX STATEMENT
Account Number: 2464200010001000          Market Value  :      $65,235
                                          Exemptions    :        NONE
Owner: BARAJAS, TOMAS                     Effective Date:   07/29/2002
       P O BOX 675
       LAKE ALFRED, FL  33850-0675    Legal: HARLINGEN- TROPICAL ACRES 10
                                             LOT 1


Items due include:
  Unit        Year          Levy        Pen / Int              Fees        Total

*** NO TAXES DUE ***


```
********************************      Total Due For JULY
* BARAJAS, TOMAS               *         Levy              .00
* P O BOX 675                  *         P & I             .00
*                              *         Fees              .00
*                              *
* LAKE ALFRED, FL  33850-0675  *         Total         $.00 DUE
********************************
                                     Penalty & Interest Increase Monthly
```

```
            U G S A   T A X   C O L L E C T I O N   S Y S T E M
                TAX PAY DETAIL INQUIRY SCREEN            EXIT..

    ACCOUNT NUMBER.....2464200010001000        COLLECT YEAR....
    RECEIPT NUMBER.....01111391728
    PAYOR.............BARAJAS, TOMAS
                                                        TOTAL
    DRAWER ID......13344638    PAY TYPE......CK        TAX PAID
    RECEIVED DATE..11-30-2001  REC CHECK NO..1915      ------------
    EFFECT DATE....11-30-2001  TOTAL AMOUNT..  -1360.90        -1360.90

ACCOUNT NO          YEAR   OWNER NAME                      PAID AMOUNT
---------------     ----   ------------------------------  -----------
2464200010001000    2001   BARAJAS, TOMAS                      -1360.90




RECORD   1 OF  14
```



**FARMERS**

```
OPTIONS....: ___ - EFF DT. 10/28/02 BOUND: Y HOUSEHOLD#. 0721051469     P403 62LM
PRIM INS.... TOMAS BARAJAS                                    AUTO#: _____
PROP ADDRSS. 2914 NUECES DR                  HARLINGEN            TX 78550
                    (    -    )  -          DIFF MAIL. Y      UMB#/TYPE: _____ _
POLICY INFO
PLCY#/STS/UA   919856083 SOK              AGENT OF RECORD. 19-42-314
CO/ES/PT/KR/PC  EI - OF    TDP3 - 008A 04  PAY PLAN: SB    ACCT#: _____
REN-DT/TY/RS    12/28/02    ___ - ___ -               MCNA#: _____
LOSS/SURCHG LVL
REPLACEMENT CST AGREED AMT: N                         ROOF ACV: N
DISC-SURCHARGES TC                            FPRA CD/DT: C 07/29/00
COVERAGES        LIMITS       DEDUCTIBLES/BLOCKS   DETAIL COVERAGES AMOUNT/QTY
DWELLING        94,000        DED      250   +   MISC PROPERTY    N
PERSONAL PROP   _____
VACANCY CLAUSE  _____ -
CMMTY PROP EXCL _____ -
WNDSTRM EXCL    _____ -




F1=HELP F2=EX HELP F3=EXIT F4=PROMPT F5=REFRESH F9=DETAILS F14=SUMMARY
F17=TOGGLE F20=VOID F21=SUSPEND F22=U/W(RESP) F23=U/W(END)
```




1021 E. Tyler
Harlingen, TX 78550

(Ofc.) 421-3300
(Fax) 421-3362

*Thomas Barajas*
*2914 Nueces*
*Harlingen TX 78550*

This postcard is not an attempt to
solicit the offerings of other real
estate brokers. Please disregard
this offer if your property is currently
listed with a broker.



1021 E. Tyler
Harlingen, TX  78550

(956) 421-3300
(Fax) 421-3362

Thomas Barajas
2914 Nueces
Harlingen TX  78550

This postcard is not an attempt to
solicit the offerings of other real
estate brokers.  Please disregard
this offer if your property is currently
listed with a broker.



# David A. Wise

*Judge, Justice Court*
*Cameron County, Texas*
*Pct. 5 Pt. 2*

### Cause No: <u>CV-191-02</u>

<u>Valentine Barajas</u>              V.S.              <u>Jose Luis Pena & all occupants</u>
<u>43 Kelly Lane</u>                                              <u>2914 Nueces Dr.</u>
<u>Auborndale, Florida    33823</u>                         <u>Harlingen, Texas 78550</u>


### ORDER OF TRIAL SETTING

On the   <u>27th</u>   day of   <u>January</u>    <u>2003</u>  the above captioned cause is set for trial on:

<u>February  19 ,  2003   at    9:30  A.M.    (Weds. / Morning)</u>

<u>in the Justice Court at 608 East Harrison St.  Harlingen, Tx. 78550</u>

The Plaintiff his/her Attorney and Defendant his/her Attorney are hereby directed to be and appear at the date, place and time mentioned for trial.

I  <u>MARY U. GARCIA</u>         ,  Court Administrator, of Justice Court, do certify that on the <u>27th</u>  day of  <u>January 2003,</u>  mailed a true and correct copy of the foregoing order to the above mentioned parties.


_____
Mary U. Garcia, Court Administrator


608 East Harrison St.   Harlingen, Tx. 78550  (956) 427-8058



# David A. Wise

*Judge, Justice Court*
*Cameron County, Texas*
*Pct. 5 Pl. 2*

**Amended Order**

**Cause No: <u>CV-91-02</u>**

<u>Tomas Barajas</u>                    V.S.          <u>Jose Luis Pena</u>
<u> 43 Kelly Ln.</u>                                         <u>2914 Nueces Dr.</u>
<u>Auborndale, Fl. 33823</u>                           <u>Harlingen, Texas 78550</u>

## ORDER OF TRIAL SETTING

On the <u>7th</u> day of <u>February</u>   <u>2003</u> the above captioned cause is set for trial on:

<u>February 19 , 2003 at  9:30  A.M.   (Wed. / Morning)</u>

<u>in the Justice Court at 608 East Harrison St.  Harlingen, Tx. 78550</u>

**The Plaintiff his/her Attorney and Defendant his/her Attorney are hereby directed to be and appear at the date, place and time mentioned for trial.**

**I <u>MARY U. GARCIA</u>           , Court Administrator, of Justice Court, do certify that on the <u>7th</u> day of <u>January  2003,</u> mailed a true and correct copy of the foregoing order to the above mentioned parties.**

_____
**Mary U. Garcia, Court Administrator**

Note:  Disregard  the last  Order of Trial Setting   the correct time is **9:30 A.M.**

608 East Harrison St.   Harlingen, Tx. 78550  (956) 427-8058

*19*



# David A. Wise

*Judge, Justice Court*
*Cameron County, Texas*
*Pct. 5 Pl. 2*

**Amended Order**

## Cause No: <u>CV-91-02</u>

<u>Tomas Barajas</u>             V.S.             <u>Jose Luis Pena</u>
<u>43 Kelly Ln.</u>                                 <u>2914 Nueces Dr.</u>
<u>Auborndale, Fl. 33823</u>                          <u>Harlingen, Texas 78550</u>

## ORDER OF TRIAL SETTING

On the   <u>7th</u>   day of   <u>February</u>     <u>2003</u>  the above captioned cause is set for trial on:

<u>February  19 ,  2003  at    9:30  A.M.    (Wed. / Morning)</u>

<u>in the Justice Court at 608 East Harrison St.  Harlingen, Tx. 78550</u>

**The Plaintiff his/her Attorney and Defendant his/her Attorney are hereby directed to be and appear at the date, place and time mentioned for trial.**

**I  <u>MARY U. GARCIA</u>          ,  Court Administrator, of Justice Court, do certify that on the <u>7th</u>, day of  <u>January 2003,</u> mailed a true and correct copy of the foregoing order to the above mentioned parties.**

_____
**Mary U. Garcia, Court Administrator**

Note:  Disregard  the last  Order of Trial Setting   the correct time is <u>9:30 A.M.</u>

608 East Harrison St.   Harlingen, Tx. 78550  (956) 427-8058