United States District Court
Southern District of Texas
FILED
MAR 18 2003
Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS PEÑA, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-CV-40 |
| | § | |
| VALENTIN BARAJAS and | § | |
| TOMAS BARAJAS, | § | |
| *Defendants.* | § | |

### NOTICE OF DEFENDANTS' MOTION TO REMAND EVICTION ACTION

To:   Plaintiff Jose Luis Peña, *Pro Se* Plaintiff, P.O. Box 531244, Harlingen, Texas 78553.

Please be advised that the Defendants, **Valentin Barajas** and **Tomas Barajas**, filed their Defendants' Motion to Remand Eviction Action and Defendants' Memorandum in Support of Motion to Remand with the Court on March 18, 2003.

The Defendants have not requested a hearing on this motion.

Defendants filed this motion because: (i) you did not comply with the procedural requirement of filing his notice of removal within thirty (30) days of service of citation; and (ii) you sought affirmative relief from the Justice Court in the form of numerous pleadings and, ultimately, an appeal.

Defendants include a memorandum of points and authorities to support their motion to remand.

Respectfully submitted,

The Rentfro Fau'k Law Firm

_____
William A. Faulk, Jr.
SBN#:06855100

Federal I.D. No.
Jana Smith Whitworth
SBN#: 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for the Defendants

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Defendants' Motion to Remand Eviction Action was delivered to all counsel and parties of record in the manner designated below on the 18th day of March, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Certified U.S. Postal Service, RRR, No.** 7002 2410 0000 9606 6861

William A. Faulk, Jr.