United States District Court
Southern District of Texas
FILED

MAR 1 8 2003

Michael N. Milby
Clerk of Court

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE LUIS PEÑA, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-CV-40 |
| | § | |
| VALENTIN BARAJAS and | § | |
| TOMAS BARAJAS, | § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION TO REMAND EVICTION ACTION**
**and**
**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Valentin Barajas** and **Tomas Barajas**, both Defendants in the above-entitled

action, and pursuant to the provisions of 28 U.S.C. 1447(c), file this their Defendants' Motion to

Remand Eviction Action and Defendants' Memorandum in Support of Motion to Remand, and in

support thereof, would respectfully show this Honorable Court as follows:

**A. Introduction**

1.      This case arises out of an eviction case filed on August 28, 2002, in the Justice Court for

Precinct 5 Place 2 of Cameron County, Texas, in which the Defendant Tomas Barajas is the owner

of the subject residential real property and the Plaintiff Jose Luis Peña is the non-paying tenant

against whom the Justice Court ruled by entering Judgment on February 20, 2003.

**B. Facts/History**

2.      On or about September 3, 2002, the Defendants (collectively, "Barajas") filed an eviction

action for forcible entry and detainer against Plaintiff Jose Luis Peña ("Mr. Peña")  in the Justice

Court for Precinct 5 Place 2 of Cameron County, Texas.  A true and correct copy of Barajas's

original petition in this eviction action is attached hereto and incorporated herein, for all material purposes, as Exhibit "A".

3.     Mr. Peña was initially served with citation in the underlying forcible entry and detainer suit on October 15, 2002 and again on January 16, 2003. A true and correct copy of each of the Return of Service filed with the Justice Court is attached hereto and incorporated herein, for all material purposes, as Exhibit "B" and Exhibit "C", respectively.

2.     Mr. Peña filed his notice of removal on February 18, 2003.

3.     Mr. Peña did not comply with Federal Rule of Civil Procedure 5 or Texas Rule of Civil Procedure 21 and 21a by serving a true and correct copy of his Notice of Removal on all counsel of record. More specifically, Mr. Peña mailed the first page of his Notice of Removal directly to Barajas on or about February 18, 2003.

### C. Argument and authorities

4.     The Court may remand a case on the basis of any defect identified in a motion for remand made within thirty (30) days after the filing of the notice of removal under 28 U.S.C. §1447(c).

5.     The Court should remand the eviction portion of this case because Mr. Peña filed the notice of removal more than thirty (30) days after he was served or received notice of the Barajas's suit. *See* 28 U.S.C. §1447(b); *see also Michetti Pipe Stringing, Inc. v. Murphy Brothers, Inc.*, 125 F.3d 1396, 1398 (11th Cir. 1997). The Returns of Service attached hereto as Exhibit "B" and Exhibit "C" substantiate that Mr. Peña was served on October 15, 2002 and again on January 16, 2003. Mr. Peña did not file the notice of removal until February 18, 2003, more than thirty (30) days later.

6.     Furthermore, Mr. Peña asked the Justice Court for affirmative relief, waiving his right to removal. *See Brown v. Demco, Inc.*, 792 F.2d 478, 481-82 (5th Cir. 1986). Mr. Peña filed numerous

motions seeking relief including: (i) Motion to Dismiss,(ii) Plea to the Jurisdiction, (iii) Motion for

Summary Judgment, (iv) an Appeal Bond for appeal to Cameron County Court at Law No.3 and (v)

a Request for Fact Findings and Conclusions of Law. All of these pleadings are attached hereto and

incorporated herein, for all material purposes, as Exhibit "D", Exhibit "E", Exhibit "F", Exhibit "G"

and Exhibit "H", respectively.

## D. Conclusion

7.      The Court should remand the eviction portion of this action back to the Justice Court for

Precinct 5 Place 2 of Cameron County, Texas, because: (i) Mr. Peña did not comply with the

procedural requirement of filing his notice of removal within thirty (30) days of service of ci⸱ation;

and (ii) Mr. Peña sought affirmative relief from the Justice Court in the form of numerous pleadings

and, ultimately, an appeal.

## E. Prayer

8.      For these reasons, Barajas request that this Honorable Court remand the eviction portion of

this action back to the Justice Court for Precinct 5 Place 2 of Cameron County, Texas, and award

Barajas their court costs, expenses and attorney fees.

Respectfully submitted,

The Rentfro Faulk Law Firm


William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN#: 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600

Defendants' Motion to Remand Eviction Action
and Memorandum in Support of Motion to Remand                                    Page 3 of 4

Facsimile: (956) 541-9695
Attorneys for the Defendants Barajas

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Remand Eviction Action and Memorandum in Support of Motion to Remand was delivered to all counsel and parties of record in the manner designated below on the __18th__ day of March, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Certified U.S. Postal Service, RRR, No.** 7002 2410 0000 9606 6861

William A. Faulk, Jr.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE LUIS PEÑA,**<br>*Plaintiff* | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 03-CV-40** |
| **VALENTIN BARAJAS and**<br>**TOMAS BARAJAS,**<br>*Defendants.* | § § § § | |

### Appendix of Exhibits Supporting Defendants Motion to Remand Eviction Action

1.  Exhibit "A".................................... Barajas's Original Petition for Forcible Entry and Detainer Suit filed on September 2, 2002 in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas.

2.  Exhibit "B".................................... Return of Service of Citation served on Jose Luis Peña on October 15, 2002.

3.  Exhibit "C".................................... Return of Service of Citation served on Jose Luis Peña on January 16, 2003.

4.  Exhibit "D".................................... Jose Luis Peña's Original Answer and Motion to Dismiss the eviction case in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas.

5.  Exhibit "E".................................... Jose Luis Peña's Plea to the Jurisdiction filed in the eviction case in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas.

6.  Exhibit "F".................................... Jose Luis Peña's Motion for Summary Judgment filed in the eviction case in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas.

7.  Exhibit "G".................................... Jose Luis Peña's Appeal Bond filed to appeal the judgment entered in the eviction case in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas.

8.  Exhibit "H".................................... Jose Luis Peña's Request for Fact Findings and Conclusions of Law filed in the eviction case in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas.

CAUSE NO: _CV-91-02_
_Pg. 187_

Valentine Barajas
**Plaintiff's Name**          (Landlord)                    **IN THE JUSTICE COURT**
**V.S.**
Jose Luis Pena                        (& all occupants)    **CAMERON COUNTY, TEXAS**
**Defendant's Name**          (tenants)
                                                           **PRECINCT 5,  PLACE 2,**

## PLAINTIFF'S ORIGINAL PETITION
## FORCIBLE DETAINER & EVICTION

NOW COMES _Valentine Barajas_____, hereinafter referred to as "Plaintiff" whether one or more complaining of _____Jose Luis Pena_____, ~~Defendant and all occupants~~ of the "Leased/Rental" Premises hereinafter described, hereinafter referred to as "Defendant" whether one or more and for cause of action would respectfully show that Plaintiff is entitled to possession of the "~~Leased/Rental Premises~~," and in support of would show the following:

1.  **Plaintiff does business in Cameron County, Texas. Defendant resides in Cameron County, Texas and may be served with process at the address of the "~~Leased/Rental Premises~~" or at such other place as Defendant may be found which is:**
    _7914 Nueces Dr. Harlingen, Texas 78553_____
    (the address(s) listed herein are all of the addresses (work/home) of Defendant known to Plaintiff)

2.  The Leased Premises are located within the jurisdiction of this Honorable Court, the same being within this Precinct of Cameron County, Texas.

3.  Heretofore, Plaintiff entered into an agreement with the Defendant for occupancy of the Leased/Rented Premises. Defendant has violated the terms of the agreement by: (check where applicable)
    X Failing to pay rent for the period beginning the _1st_ day of _July   2002_____, 2001, and running through the present;
    X Back-Rent (months/days) _4 Months_ @ $ _700.00_ amount per month Back-Rent: $ _2,800.00_____.
    X Breaching the terms and conditions of the agreement by: _Failure to pay rent._____.

In the event that neither of the above causes is checked, possession of the premises is sought by the Plaintiff under the cause of action that the owner wants possession, Defendant went into possession of the leased premises by virtue of the agreement of the parties and at the present time, remains in possession of the same, Plaintiff has given the Defendant a timely notice to vacate as a prerequisite to the filing of this lawsuit. Despite this written demand for the return of the leased premises, Defendant has failed and refused to comply with said demand and is willfully withholding possession of the leased premises at the present time. Accordingly, Plaintiff has terminated the Defendant's right to possession and is entitled to immediate possession of the leased premises.

4.  In addition to possession of the leased premises, Plaintiff hereby seeks Judgment against Defendant for: (check where applicable)
    X Back-Rentals in the amount of $ _2,800.00_____, plus such daily rentals as may accrue between the time of filing this petition and the Defendant vacates the leased premises.
    X Interest at the maximum legal rate until Judgment is paid. Amount of interest: $ _____.
    X Reasonable Attorney's fees if it is necessary to employ counsel, Amount of Fees: $ _500.00_____.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to answer the complaint and upon final hearing hereof, that Defendant be adjudged guilty of Forcible Detainer, that restitution of the leased premises be made to the Plaintiff, and that Plaintiff recover Judgment for the amount to which Plaintiff may show this Court that it is entitled to recover, along with such other and further relief, both general and special, legal and equitable, to which Plaintiff may show entitlement.

_Valentin Barajas_____ , _863-287-5980_  _or 956-592-4053_
**Plaintiff's Signature    (and/or authorized agent)**   **Phone Number**
_43 Kelly Lane_____   _Auburndale, Fla. 33823_
**Address**                              **City/State**

SUBSCRIBED AND SWORN TO BEFORE ME on this ___28th___ day of __August_____ 20 _02_.

_____
**Notary Public for the State of Texas**
**My Commission expires:** _05-15-2005_

SAMANTHA L. ROSENBAUM
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
05-15-2005



# ANGEL CASTRO
### ATTORNEY AT LAW

CORPORATE PLAZA, SUITE 107
302 KINGS HWY.
BROWNSVILLE, TEXAS 78521

TELEPHONE
1-877-305-5467
(956) 544-2399
FAX (956) 544-6829

September 3, 2002

David Wise
Justice of the Peace
Harlingen, Texas 78550

RE: Barajas vs. Pena; Forcible Detainer & Eviction

Dear Judge Wise:

Enclosed for filing   is the following:

1.  Plaintiff's Original Petition for Forcible Detainer and Eviction

Defendant Jose Luis Pena may be served at 4914 Nueces Dr. Harlingen, Texas 78553.  Please have the Sheriff or Constable serve defendant.

Thank you very much for your time and attention to this matter.

Sincerely,

Angel Castro
State Bar #03997340

**CIVIL CIT. .TION FORCIBLE ENTRY & DET. .NER**

TO:   <u>Jose Luis Pena   and all occupants</u>
    <u>4914 Nueces Dr.</u>
    <u>Harlingen, TX.</u>

In  the herein numbered  Cause:  <u>**CV-91-02**</u>

  You are hereby commanded to appear before me, <u>**David A. Wise, a Justice of the Peace**</u>  in  and for  Precinct 5-2 in Cameron County, Texas, at my office   <u>608 E. Harrison St. Harlingen, Texas 78550</u>  you are to  appear within   <u>**10 days**</u> <u>**from the date of serving this Citation. At  10:00 A.M.**</u>   in this cause numbered   <u>**CV-91-02**</u> on the Docket of said Court, then and there to answer the complaint of:

 <u>**Valentine Barajas 43 Kelly Lane Auborndale Fla./ represented by Atty. Angel Castro    Bro. , Tx.**</u> Plaintiff complaining of

 <u>**Jose Luis Pena        and all occupants   Harlingen, Tx.,**</u>        Defendant

in the action of Forcible Entry & Detainer of concerning the following  described property and premises, to wit:

Property located at:   <u>   above mention  Harlingen, Tx.</u>

Plaintiff also sues for   <u>$ 2,800.00 / Atty. Fees $500.00</u>   unpaid rent and damages and cost and for such other relief as he/she may be entitled

  Witness my  official signature on  <u>11th.   day  of   October   2002</u>

<u>David A. Wise,</u> Justice of the Peace
Pct. 5-2 Cameron County, Texas
(956) 427-8058

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OFFICER RETURN

Came to hand on the  <u>15th</u>  day of  <u>October</u>  , 2002  at  <u>3</u>  o'clock  <u>P</u> M  and executed in Cameron County Texas By delivering a true copy of this Citation and Petition in person to the within named Defendant, and/or a person over the age of (16) years at the usual place of abode, to wit:

  Rule 742-A  Attached ( check here if applicable)

| Date | Time | Name of Def./Tenants and/or a person over the age of (16) years | Address |
|------|------|---------------------------------------------------------------|---------|
| -2002 | M. | Jose Luis Pena |  |
| -2002 | .M. |  |  |

<u>Lupe Gonzales</u>
Constable Lupe Gonzalez
Cameron County, Texas

<u>FR9790J</u>
By Deputy



## CIVIL CITATION FORCIBLE ENTRY & DETAINER

TO:   Jose Luis Pena   and all occupants
      2914 Nueces Dr.
      Harlingen, TX.

In the herein numbered  Cause:  CV-91-02

 You are hereby commanded to appear before me, **David A. Wise, a Justice of the Peace**  in  and for Precinct 5-2 in Cameron County, Texas, at my office    608 E. Harrison St. Harlingen, Texas 78550   you are  to  appear within   10 days from the date of serving this Citation. At  10:00 A.M.    in this cause numbered   CV-91-02 on the Docket of said Court, then and there to answer the complaint of:

 Valentine Barajas  43 Kelly Lane Auborndale, Fla/represented by Atty. Angel Castro  Plaintiff complaining of

 Jose Luis Pena   and all occupants   Harlingen, Tx.,          Defendant

in the action of Forcible Entry & Detainer of concerning the following  described property and premises, to wit: Property located at:    above mention  Harlingen, Tx.

Plaintiff also sues for  $3,500.00  unpaid rent and damages and cost and for such other relief as he/she may be entitled

 Witness my  official signature on  10th.    day  January    2003

David A. Wise, Justice of the Peace
Pct. 5-2 Cameron County, Texas
(956) 427-8058

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## OFFICER RETURN

Came to hand on the   13Th  day of   January  .2003  at   8  o'clock  A  .M  and executed in Cameron County Texas By delivering a true copy of this Citation and Petition in person to the within named Defendant, and/or a person over the age of (16) years at the usual place of abode, to wit:

    Rule 742-A   Attached ( check here if applicable)

| Date | Time | Name of Def. Tenants and/or a person over the age of (16) years | Address |
|------|------|------|------|
| 1/14 -2003 | 10:18 A .M. | Jose Luis Pena | 2914 Nueces Dr. |
| -2003 | M. | | |

Guadalupe Gonzales
Constable Lupe Gonzalos
Cameron County, Texas
Ernest Barajas
By Deputy



CAUSE NO:   CV-91-02

| | | |
|---|---|---|
| VALENTIN BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

## DEFENDANT'S ORIGINAL ANSWER AND MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOSE LUIS PENA, Defendant, not having waved his Plea to the Jurisdiction, files his Defendant's Original Answer and Motion to Dismiss, and would respectfully show the following:

### GENERAL DENIAL

1.

Defendant generally denies each and every, all and singular the allegations in Plaintiff's Original Petition for Forcible Detainer & Eviction and any subsequent amended or supplemented petition, and demands the strictest proof thereof.

930 A

JAN 2 7 2003

II.

### MOTION TO DISMISS FOR LACK OF JURISDICTION

Defendant would show that his Honorable Court is without jurisdiction to adjudicate the issues alleged in Plaintiff's Original Petition. Plaintiff's cause of action, if any, under their allegations in their Original Petition is for a breach of contract agreement to buy real estate and/or a homestead. Plaintiff, Valentin Barajas, and defendant, Jose Luis Pena, have never entered into any type of contractual agreement for the lease /or rental of the premises in question. Defendant, Jose Luis Pena, entered into an contractual

agreement to purchase the property in question from one Thomas Barajas. Furthermore, there is no relationship with Mr. Valentin Barajas as to the purchase of the property in question. Any and all payments were made payable to Thomas Barajas.  Therefore, Valentin Barajas has no "standing" to bring about any sort of action against defendant, Jose Luis Pena, and or any of the occupants of the premises in question.

Therefore, such breach of contract is not within the original jurisdiction of this Court, Real Estate Fraud.

III.

Defendant would further show this Honorable Court is without jurisdiction to hear the merits of this fraudulent action by Valentin Barajas. The law is clear in that District Courts are the only courts with exclusive jurisdiction to entertain these type of actions. Plaintiff, Valentin Barajas further failed to state the facts which allegedly entitles him to the possession and authorized him to take action alleged in his petition.

Therefore, this Court should dismiss these proceedings for lack of jurisdiction, subject matter jurisdiction, defective pleadings and defective service and the title to the premises in question, a state district court exclusive jurisdiction.

WHEREFORE, PREMISES CONSIDERED, Defendant, JOSE LUIS PENA, prays Plaintiff's Original Petition be dismissed and that Plaintiff take nothing by its suit.  Defendant further prays that this Court award such other and additional relief, general or specific, at law or in equity, to which he may be entitled, and that costs be adjudged against the plaintiff.

Respectfully submitted,

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS 78553
(956) 412-3045

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, to-wit: Defendant's Plea to the Jurisdiction, Defendant's Original Answer and Motion to Dismiss, have been served on all parties of record by mail and/or telecopier on this the 27th day of January, 2003.

JOSE LUIS PENA

Mr. Valentin Barajas
43 Kelly Lane
Auburndale, Fla.  33823

CAUSE NO.  CV-91-02

VALENTIN BARAJAS                    *          IN THE JUSTICE COURT OF
                                    *
VS.                                 *          CAMERON COUNTY, TEXAS
                                    *
JOSE LUIS PENA                      *          PRECINT 5, PLACE 2

---

## DEFENDANT'S PLEA TO THE JURISDICTION

---

TO THE HONORABLE JUDGE OF SAID COURT:

   JOSE LUIS PENA, Defendant in the above-named cause, makes this
Plea to the Jurisdiction of this Court, and in support of such Plea
shows the following:

                                    I.

   This suit is brought by VALENTIN BARAJAS.  Defendant further shows
this Honorable Court that plaintiff's alleged complaint is in the
nature of a petition for breach of contract between plaintiff, Valentin
Barajas and defendant, Jose Luis Pena in regards to the premises in
question.  Defendant, Jose Luis Pena, entered into a contract to
purchase the premises in question from one THOMAS BARAJAS, and as such,
the initial down payment was made to THOMAS BARAJAS and not Valentin
Barajas.  Therefore, the proper forum for a breach of contract on real
estate is the State District Courts.  Plaintiff is seeking to
adjudicate a cause of action not within the jurisdiction of this court,
furthermore, the plaintiff seeks an action of which he has no standing
to adjudicate in that there is and never was a relationship of landlord
and tenant between plaintiff and defendant, thus, this Court should
dismiss these proceedings for lack of jurisdiction of the parties,
subject matter jurisdiction.

JAN 27 2003

II.

Plaintiff, Valentin Barajas, had never been a landlord of defendant nor has defendant entered into any lease or rental agreements with the alleged plaintiff, Valentin Barajas.  Defendant has raise and will raise the issue of ownership and title to the property, an issue clearly not within the jurisdiction of this court.  <u>The right to possession depends on the validity of Plaintiff's lien, that suit should be resolved, before this suit is heard.</u>

WHEREFORE, defendant, Jose Luis Pena respectfully prays that his cause be dismissed with cost and expenses to be taxed against plaintiff and that defendant have such other and further relief, both general and special in law and equity, to which defendant is justly entitled.

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS   78553
(956)  412-3045

## VERIFICATION

STATE OF TEXAS          *
                        *
COUNTY OF CAMERON        *

BEFORE ME, the undersigned Notary Public on this day personally appeared JOSE LUIS PENA, who being by me duly sworn on his oath deposed and said that he is the defendant in this cause, that he has read the above and foregoing Defendant's Plea to the Jurisdiction and that every statement contained therein is, to the best of his personal knowledge true and correct.

JOSE LUIS PENA-AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the 27th day of January, 2003. Lo certify which witness my hand and official seal.

Notary Public in and for the
State of Texas

CAUSE OF ACTION NO:  CV-91-02

| | | |
|---|---|---|
| VALENTIN BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

## MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, JOSE LUIS PENA, hereinafter referred to as "movant" in the above entitled and numbered cause, and moves for a Summary Judgment against Plaintiff, VALENTIN BARAJAS, and in support would show the Court the following:

I.

Defendant, Jose Luis Pena, has answered in this cause.

II.

Plaintiff, VALENTIN BARAJAS, has sued Movant, Jose Luis Pena, to-wit:  for Forcible Entry & Detainer and for unpaid rents on 2914 Nueces Dr. Harlingen, Texas 78550.

III.

This lawsuit arises out of the following transactions, acts and events: Movant entered into an agreement and/or contractual agreement with one THOMAS BARAJAS, for the purchase of the property in question, 2914 Nueces Dr.. Harlingen. Texas; Movant, Jose Luis Pena as Buyer and Thomas Barajas as Seller.  The proof attached hereto as Exhibits shows that there are no fact issues as to plaintiff, Valentin Barajas in this case. the ownership of the house in question.

9:30 A

JAN 27 2003



IV.

## LEGAL BASIS

The standards for reviewing Motions for Summary Judgments are well established.  See Black v. Victoria Lloyds Ins. Co., 797 S.W. 2d 20, 23 (Tex. 1990); Cox v. Upjohn Co., 913 S.W. 2d 225 (Tex.-App. Dallas 1995).

In a Summary Judgment, a movant has the burden of showing that there is no genuine issue of material fact and that the movant is entitled to judgment as a matter of law.  Gilchrist v. Bandera Electric Cooperative, 924 S.W. 2d 368, 369 (Tex. App-San Antonio, 1996); Citizens First Nat'l Bank v. Cinco Exploration Co., 540 S.W. 2d 292, 294 (Tex. 1976); Gaddis v. Smith, 417 S.W. 2d 577, 582 (Tex. 1967).

The existence of a legally cognizable duty is a prerequisite to all liability.  Butcher v. Scott, 906 S.W. 2d 14 (Tex. 1995).  The existence of a legal duty is a question of law for the Court's determination.  Fort Bend County Drainage Dist. v. Sbrusch, 818 S.W. 2d 392 (Tex.1991).  There is no legal cognizable duty between movant, Jose Luis Pena, and plaintiff, Valentin Barajas, as parties to a contract and/or agreement as to the sale and purchase of the property in question.

The jurisdictional question presented is not complex.  As a general proposition, before a court may address the merits of any case, the court must have jurisdiction over the party or the property subject to the suit, jurisdiction over the subject matter, jurisdiction to enter the particular judgment, and capacity to act as a court.  The State Bar of Texas v. Gomez, 891 S.W. 2d 243, 245, (Tex. 1994);  Austin Indep. Sch. Dist. v. Sierra Club, 495 S.W. 2d 878, 881 (Tex. 1973).

Subject matter jurisdiction requires that the party bringing the suit have standing, that there be a live controversy between the parties, and that the case be justiciable.  See Gomez at p. 245; Texas Ass'n of Business v. Texas Air Conrol Bd., 852 S.W. 2d 440, 443-46 (Tex. 1993). If the court lacks jurisdiction, in any of these senses, then its decision would not bind the parties.

Therefore, accordingly, based on the evidence attached hereto, this court has no alternative but to dismiss this cause for want of jurisdiction with prejudice.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, movant prays that the Court grant movant's Motion for Summary Judgment and that movant be entitled to any and all just costs, expenses and damages as he is entitled to, either by law or in equity.

Respectfully submitted,

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS   78553
(956) 412-3045

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, to-wit: Defendant's Motion for Summary Judgment, has been served on all parties of record by mail and/or telecopier on this the 27th day of January, 2003.

Jose Luis Pena

Mr. Valentin Barajas
43 Kelly Lane
Auburndale, Fla.   33823

```
***********************************************************************
* PRINT_RUN         1          * Alt:   R091191        * Card Number: 001-001
* A/C: 10/2002                 * Legal: HARLINGEN- TROPICAL ACRES 10
* Name: BARAJAS, TOMAS         *        LOT 1          * Tdc: 210 / GCC IHG CHG SST SAN
*       P O BOX 675            *                       * FYr/Cel 0000/    0.00
*                              *                       * Exemptions:
*  LAKE ALFRED, FL 33850-0675  * Acs                   *
*                              * Property Type RR 0,0000 * Recheck Code:
* Property Location   Strt Dir * Remarks:              * Cd: RM     Date 04/07/1998
* Strt Nmbr                    *                       * User Code: R94
* Strt Name                    *                       *
* Loc City  HARLINGEN          * Image Id:             *
***********************************************************************
***S A L E S   H I S T O R Y***                        *
* Sale Type Current Owner Sale * Stcd     Zone    Utl  *
* Information Src CND          * AIA XIA              Rd *
* Dia    mm/yy XfR_Y/n B       *    Nh         Map       *
* Volume & Page  12/1999 XfR_Y/n Y *           05-08-00  *
* Sales Amount   2025/ 230 Dnk *                  20    *
*                              * Cndit 1982  Exmd        *
* Sale Type   Previous Owner Sale * RoofT GP   Cls      *
* Information Src   00/0000 XfR_Y/n N * BsmtF    Mat     *
* Volume & Page   00/0000 Link * HeatA     Ext BV       *
* Sales Amount        0        * No. Br     0 Btr  0.00 *
* Row1 BARAJAS, VALENTIN ET UX * No. Fp                 *
* Row2                         * PXyD  15   FnObs   8   *
* Row3                         *            EcObs   0   *
* Agent Code                   * Improvement Remarks    *
* R=RESIDEN S C R I P T I O N  *                        *
* R=RESIDEN VENEER 4 PLUS N    *                        *
* Bldg      W/Yr               * LL 1.000_LP 1.000 W 1.000 *
* Mkt Cmp   Val        V A L U E S * LI 1.000 LA     *
* Mass Inf  Inc Calc   *                              *
* A0CU27R48D43LI8U6L6U10L24A1R24D10CD6R60L6A2CD22R24U22L24A3U27R13CU0R16D1L16H
***********************************************************************
* M CODE  Description         SCH/YRBt I M P R O V E M E N T   V A L U A T I O N
* R04P    R-RESIDENC          4 SCH/1982 VC AREM RATE *ADJ RATE *ADJ ADRST STORY
* CGBR3   CARPORT 3           VC ...
* OODP1   CONCRETE PORCH 1/3  VC ...
* OOFL6   CHAIN LINK FENCE 6' VC ...
***********************************************************************
*                              * Total Improvement Segment N *SIA:  0.180  Value S/U: S
* LAND CODE  AG CODE          * L A N D   V A L U A T I O N  *AG RATE  AG
* 24-0420    FL XIA           * FR XIA  NO 1.00000 MKT ...  1.00000 1500.00U
*                             * Overall Code/Factor:    0   Ag Def.
*                             * Correlated Values:  Impr:        0  Impr:
*                             * Un Int Value:       Impr:           Impr:
* Limited Value    0          *
* Ui/Type:                    * Ag Def.    58960 Land   13500 Total   72465
***********************************************************************
```





1021 E. Tyler
Harlingen, TX 78550

(Ofc.) 421-3300
(Fax)  421-3362

*Thomas Barajas*
*2914 Nueces*
*Harlingen TX 78550*

This postcard is not an attempt to
solicit the offerings of other real
estate brokers. Please disregard
this offer if your property is currently
listed with a broker.



1021 E. Tyler
Harlingen, TX  78550

(956) 421-3300
(Fax) 421-3362

Thomas Barajas
2914 Nueces
Harlingen TX  78550

This postcard is not an attempt to
solicit the offerings of other real
estate brokers.  Please disregard
this offer if your property is currently
listed with a broker.

**FARMERS**

```
PTIONS....: __ + EFF DT. 10/28/02 BOUND: Y HOUSEHOLD#. 0721051469      P403 62LM
'RIM INS.... TOMAS BARAJAS                                      AUTO#: _____
ROP ADDRSS. 2914 NUECES DR                        HARLINGEN            TX 78550
           (    :    -         DIFF MAIL. Y         UMB#/TYPE: _____ _
OLICY INFO
LCY#/STS/UA    919856083 SOK              AGENT OF RECORD. 19-42-314
O/ES/PT/KR/PC  F1 + DF    TDP3 + 008A 04  PAY PLAN: SB   ACCT#: _____
EN-DT/TY/RS    12/28/02    __ + __ +                     MCNA#: _____
OSS/SURCHG LVL
EPLACEMENT CST AGREED AMT: N                         ROOF ACV: N
ISC-SURCHARGES TC                              FPRA CD/DT: C 07/29/00
OVERAGES       LIMITS      DEDUCTIBLES/BLOCKS  DETAIL COVERAGES AMOUNT/QTY
WELLING        94,000      DED      250    +   MISC PROPERTY   N
ERSONAL PROP   _____
ACANCY CLAUSE  _____ +
MMTY PROP EXCL _____ +
NUSTRM EXCL    _____ +
```

```
1=HELP F2=EX HELP F3=EXIT F4=PROMPT F5=REFRESH F9=DETAILS F14=SUMMARY
17=TOGGLE F20=VOID F21=SUSPEND F22=U/W(RESP) F23=U/W(END)
```

TAX PAY DETAIL INQUIRY SCREEN                          EXIT..

```
ACCOUNT NUMBER.....2464200010001000              COLLECT YEAR....
RECEIPT NUMBER.....01111391728
PAYOR..:...........BARAJAS, TOMAS
                                                      TOTAL
DRAWER ID......13344638    PAY TYPE......CK        TAX PAID
RECEIVED DATE..11-30-2001  REC CHECK NO..1915      ------------
EFFECT DATE....11-30-2001  TOTAL AMOUNT..  -1360.90    -1360.90
```

| ACCOUNT NO | YEAR | OWNER NAME | PAID AMOUNT |
|---|---|---|---|
| 464200010001000 | 2001 | BARAJAS, TOMAS | -1360.90 |

RECORD   1 OF   14

TAX OFFICE

305 E. JACKSON ST. - SUITE 102
HARLINGEN, TX 78551
Phone No. (956) 428-7999

AX STATEMENT
ccount Number: 2464200010001000

| | |
|---|---|
| Market Value : | $65,235 |
| Exemptions : | NONE |
| Effective Date: | 07/29/2002 |

wner: BARAJAS, TOMAS
    P O BOX 675
    LAKE ALFRED, FL  33850-0675

Legal: HARLINGEN- TROPICAL ACRES 10
       LOT 1

tems due include:

| Unit | Year | Levy | Pen / Int | Fees | Total |
|------|------|------|-----------|------|-------|

** NO TAXES DUE ***

```
*********************************
* BARAJAS, TOMAS                *
* P O BOX 675                   *
*                               *
*                               *
* LAKE ALFRED, FL  33850-0675   *
*********************************
```

Total Due For JULY

| | |
|---|---|
| Levy | .00 |
| P & I | .00 |
| Fees | .00 |
| Total | $.00 DUE |

Penalty & Interest Increase Monthly

*[handwritten note at top right:]* There was Never Tomas Barajas
He was talking to Valentin all the time
There was never a Purchase agreement (only Rent)

**AFFIDAVIT**

STATE OF TEXAS                          *
                                        *
COUNTY OF CAMERON                       *

BEFORE ME, the undersigned aut~~...~~ personally appeared JOSE LUIS PENA, sworn on his oath deposed and said:

1. My name is Jose Luis Pena. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

2. I am the defendant in Cause No. CV-91-02; In the Justice Court of Cameron County, Texas, which suit is filed in Precinct 5, Place 2, by one Valentin Barajas.

3. On or about May of 2002, I entered into a contractual agreement with one THOMAS BARAJAS, for the purchase and sale of a property, a house, located at 2914 Nueces Dr. Harlingen, Texas.

4. I further state that I never entered into any sort of contractual agreement with a Valentin Barajas as to the purchase of the house in questioned. My contractual agreement for such purchase was with and entirely with Thomas Barajas, the record owner of the property in question.

5. Again, I would state that I had no contractual agreements with Valentin Barajas as it refers to the purchase of the property in question, 2914 Nueces Dr. Harlingen, Cameron County, Texas.

JOSE LUIS PENA-AFFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME by the said JOSE LUIS PENA, on this 27th day of January, 2003, to certify which witness my hand and seal of office.

Notary Public in and for the State of Texas

JOSE LUIS PENA
P.O. BOX 531244
Harlingen, Texas 78553
(956) 412-3045

January 29, 2003

Hon. David A. Wise
608 E. Harrison St.
Harlingen, Texas 78550

ATTN:  MARY

    Re:  Cause No. CV-91-02

Dear Mary:

Enclosed herewith please find the original Order setting the Motion
For Summary Judgment and the original Affidavit which should had been
attached to the Motion for Summary Judgement. They were both
inadvertently left out during the filing of the motions. Please
attach them to the motion and file with the record herewith.

The copies were attached to the copies sent to the parties herewith.

Thanking you for your usual courtesies,

Jose Luis Pena

Jose Luis Peña

Encl:

CAUSE NO: <u>CV-91-02</u>

| | | |
|---|---|---|
| VALENTIN BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

### ORDER FOR SETTING HEARING ON
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

It is hereby ORDERED that this case be set for hearing on the

Defendant/Movant's Motion for Summary Judgment on the _____day

of _____, 2003 at _____o'clock _____.m.

SIGNED this _____day of _____, 2003.


_____
**JUDGE PRESIDING**

CAUSE NO.  CV-91-02

| | | |
|---|---|---|
| THOMAS BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| V. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

## APPEAL BOND

Whereas, upon a writ of Forcible Entry and Detainer in favor of Thomas Barajas and against Jose Luis Pena tried before David A. Wise, a justice of the peace of Cameron County, a judgment was rendered in favor of the said Thomas Barajas on the 19th day of February, 2003, and against Jose Luis Pena, from which the said Jose Luis Pena has appealed to the county court; now, therefore, the said Jose Luis Pena and Margarita Noriega and Leticia Reyes his sureties, covenant that he will prosecute his said appeal with effect and pay all costs and damages which may be adjudged against him, provided that the sureties shall not be liable in an amount greater than $ 7,700.00 , said amount being the amount of the bond herein.

Given under our hands this 21st day of February, 2003.

Jose L. Pena
Jose Luis Pena
P.O. Box 531244
Harlingen, Texas 78553

Yolanda R. Pena
Yolanda R. Pena
P.O. Box 531244
Harlingen, Texas  78553

Margarita Noriega
Margarita Noriega
570 Commerce
San Benito, Texas 78586

Leticia Reyes
Leticia Reyes
570 Commerce
San Benito, Texas 78586

Nora Von Duben
Notary Public in and for
The State of Texas



CAUSE NO. <u>CV-91-02</u>

| | | |
|---|---|---|
| THOMAS BARAJAS | * | IN THE JUSTICE COURT OF |
| | * | |
| V. | * | CAMERON COUNTY, TEXAS |
| | * | |
| JOSE LUIS PENA | * | PRECINT 5, PLACE 2 |

### REQUEST FOR
### FACT FINDINGS AND CONCLUSIONS OF LAW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant-Appellant, JOSE LUIS PENA and files this his Request For Fact Findings and Conclusions of Law as deemed necessary and further requests that this Court forward the court's fact findings and conclusions of law along with the papers herewith to the higher court for purposes of the appeal to the County Court at law as part of the appellate process.

Respectfully submitted,

Jose Luis Pena
P.O. Box 531244
Harlingen, Texas 78553
(956) 412-3045

FEB 25 2003

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the fore-going instrument was mailed to all attorneys of record on this the 25th day of February 2003.

Jose Luis Pena

Hon. Maribel Roldan

