United States District Court
Southern District of Texas
FILED

MAR 1 8 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS PEÑA, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-CV-40 |
| | § | |
| VALENTIN BARAJAS and | § | |
| TOMAS BARAJAS, | § | |
| *Defendants.* | § | |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
FOR PLAINTIFF'S FAILURE TO STATE A CLAIM**

To:   Plaintiff Jose Luis Peña, *Pro Se* Plaintiff, P.O. Box 531244, Harlingen, Texas 78553.

Please be advised that the Defendants, **Valentin Barajas** and **Tomas Barajas**, filed their Defendants' Motion to Dismiss for Plaintiff's Failure to State a Claim and Defendants' Memorandum in Support of Motion to Dismiss with the Court on March 18, 2003.

The Defendants have requested a hearing on this motion.

Defendants filed this motion based upon your failure to properly state a claim for which relief can be granted.

Defendants include a memorandum of points and authorities to support their motion to dismiss.

Respectfully submitted,

The Rentfro Faulk Law Firm

William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth

SBN#: 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for the Defendants

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss For Plaintiff's Failure to State a Claim and Notice of Motion was delivered to all counsel and parties of record in the manner designated below on the 18th day of March, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Certified U.S. Postal Service, RRR, No.** 7002 2410 0000 9606 6861

William A. Faulk, Jr.