8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS PEÑA, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-CV-40 |
| | § | |
| VALENTIN BARAJAS and | § | |
| TOMAS BARAJAS, | § | |
| *Defendants.* | § | |

## NOTICE OF DEFENDANTS' SUPPLEMENTAL MOTION TO REMAND EVICTION ACTION

To:   Plaintiff Jose Luis Peña, *Pro Se* Plaintiff, P.O. Box 531244, Harlingen, Texas 78553.

Please be advised that the Defendants, **Valentin Barajas** and **Tomas Barajas**, filed their Defendants' Supplemental Motion to Remand Eviction Action and Defendants' Memorandum in Support of Supplemental Motion to Remand with the Court on May 5, 2003.

The Defendants have not requested a hearing on this motion.

Defendants filed this motion because: you continue to seek affirmative relief from the County Court At Law No. 3 in your appeal of the judgment issued by the Justice Court even after you filed your notice of removal.

Defendants include a memorandum of points and authorities to support their supplemental motion to remand.

Respectfully submitted,

The Rentfro Faulk Law Firm

_____
William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN#: 00797453

Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for the Defendants

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Defendants' Motion to Remand Eviction Action was delivered to all counsel and parties of record in the manner designated below on the 5th day of May, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Certified U.S. Postal Service, RRR, No.** 7002 2410 0000 9606 7301

_____
William A. Faulk, Jr.

*8*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**FILED**

MAY 0 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE LUIS PEÑA, §<br>*Plaintiff* §<br> §<br>VS. §<br> §<br>VALENTIN BARAJAS and §<br>TOMAS BARAJAS, §<br>*Defendants.* § | CIVIL ACTION NO. 03-CV-40 |

### DEFENDANTS' SUPPLEMENTAL MOTION TO REMAND EVICTION ACTION
### and
### DEFENDANTS' MEMORANDUM IN SUPPORT OF
### SUPPLEMENTAL MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Valentin Barajas** and **Tomas Barajas**, both Defendants in the above-entitled action, and pursuant to the provisions of 28 U.S.C. 1447(c), file this their Defendants' Supplemental Motion to Remand Eviction Action and Defendants' Memorandum in Support of Supplemental Motion to Remand, and in support thereof, would respectfully show this Honorable Court as follows:

#### A. Introduction

1. This case arises out of an eviction case filed on August 28, 2002, in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas, in which the Defendant Tomas Barajas is the owner of the subject residential real property and the Plaintiff Jose Luis Peña is the non-paying tenant against whom the Justice Court ruled by entering Judgment on February 20, 2003.

#### B. Facts/History

2. On or about September 3, 2002, the Defendants (collectively, "Barajas") filed an eviction action for forcible entry and detainer against Plaintiff Jose Luis Peña ("Mr. Peña") in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas. A true and correct copy of Barajas's

original petition in this eviction action is attached hereto and incorporated herein, for all material purposes, as Exhibit "A".

3. Mr. Peña was initially served with citation in the underlying forcible entry and detainer suit on October 15, 2002 and again on January 16, 2003. A true and correct copy of each of the Return of Service filed with the Justice Court is attached hereto and incorporated herein, for all material purposes, as Exhibit "B" and Exhibit "C", respectively.

2. Mr. Peña filed his notice of removal on February 18, 2003.

3. Mr. Peña did not comply with Federal Rule of Civil Procedure 5 or Texas Rule of Civil Procedure 21 and 21a by serving a true and correct copy of his Notice of Removal on all counsel of record. More specifically, Mr. Peña mailed the first page of his Notice of Removal directly to Barajas on or about February 18, 2003.

4. On or about March 19, 2003, Mr. Peña perfected his appeal in Cameron County Court at Law No. 3 by paying the requisite filing fee.

5. On or about March 18, 2003 Barajas filed their original motion with this Court respectfully requesting the Court remand the eviction portion of this action to the Cameron County Court at Law No. 3 where Mr. Peña's appeal was perfected.

6. On or about April 28, 2003, Mr. Peña filed his Motion to Recuse and/or Disqualify Judge in the appeal he perfected in Cameron County Court at Law No. 3. A true and correct copy of this pleading is attached hereto and incorporated herein as Exhibit "A".

7. Mr. Peña has never advised Cameron County Court at Law No. 3 that he filed a notice of removal of the eviction action to Federal Court. In fact, Mr. Peña appears to have abandoned his action in Federal Court by litigating the matter in State Court.

### E. Prayer

8. For these reasons, Barajas respectfully supplements its motion to remand and reiterates its request that the Court remand the eviction portion of this action to Cameron County Court at Law No. 3 and award them their court costs, expenses and attorney fees.

Respectfully submitted,

The Rentfro Faulk Law Firm

_____
William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN#: 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for the Defendants Barajas

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Remand Eviction Action and Memorandum in Support of Motion to Remand was delivered to all counsel and parties of record in the manner designated below on the ____ day of May, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Certified U.S. Postal Service, RRR, No.** 7002 2410 0000 9606 7301

_____
William A. Faulk, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS PEÑA,<br>　　*Plaintiff*<br><br>VS.<br><br>VALENTIN BARAJAS and<br>TOMAS BARAJAS,<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 03-CV-40 |

### Appendix of Exhibits Supporting Defendants'
### Supplemental Motion to Remand Eviction Action

1.　　Exhibit "A".................................　Copy of Jose Luis Peña's Motion to Recuse and/or Disqualify Judge of Cameron County Court At Law No. 3 in the appeal of the Judgment entered by the Justice Court for Precinct 5 Place 2 of Cameron County, Texas, in the underlying eviction suit.



CAUSE NO. 2003-CCL-00198-C

| | | |
|---|---|---|
| JOSE LUIS PENA | * | IN THE COUNTY COURT |
| V. | * | AT LAW NO. 3 |
| THOMAS BARAJAS | * | CAMERON COUNTY, TEXAS |

## MOTION TO RECUSE AND/OR DISQUALIFY JUDGE

TO THE HONORABLE JUDGE OF THIS COURT:

JOSE LUIS PENA, plaintiff, makes this Motion to Recuse And/Or Disqualify Judge, and in support of this motion shows:

I.

The Honorable Judge Daniel Robles should be recused and/or disqualified from any proceedings because his impartiality might reasonably be questioned in that the judge has a personal bias or prejudice concerning the subject matter. In this connection, movant says that Judge Robles has original jurisdiction of appeals directly from the Justice of the Peace in Cameron County, Texas. Plaintiff has questioned the impartiality of the previous legal proceedings, to-wit: the judicial misconduct of Justice of the Peace; Hon. David Wise, which the appeals originated from Judge Wise's court; including and in addition the Judge's (Wise) staff, of which plaintiff will bring in as party defendants or in the alternative, key witnesses in this cause of action. Movant further alleges that the weight of the evidence would be against movant should the Honorable Judge Daniel Robles continue to preside over movant's proceedings.

Plaintiff further alleges to this court that the Honorable Maribel Roldan, a former state misdemeanor prosecutor, was the attorney of

record for the alleged defendant, Thomas Barajas, at the lower court, the subject matter before this court. Plaintiff further alleges that the Honorable Maribel Roldan's participation in these proceedings, either as a party or a witness to these proceedings will in all probability influence the Court's judgment.

Prior to the filing of this motion, no hearing has been set. This motion is being filed at the earliest practicable time.

WHEREFORE, movant prays that, prior to any further proceedings in this case, the Judge either recuse himself and request that the presiding judge assign another judge to sit in this case. Movant further prays for such other and further relief to which movant may be justly entitled.

Respectfully submitted,

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS  78553
(956)  412-3045

VERIFICATION

STATE OF TEXAS         *
                       *
COUNTY OF CAMERON      *

BEFORE ME, the undersigned Notary Public, on this day personally appeared Jose Luis Pena, who being by me duly sworn on oath deposed and said that he is the plaintiff-movant in the above-entitled and numbered cause; that he has read the above Motion to Recuse and/or Disqualified Judge; and that every statement contained in the motion is within his personal knowledge and is true and correct to the best of his knowledge.

_____
JOSE LUIS PENA-AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on the 28th day of April, 2003, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Texas

## NOTICE OF HEARING

A hearing on the foregoing Motion to Recuse and/or Disqualify Judge is set for _____o'clock _____.m. on the _____day of _____, 2003.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion to Recuse and/or Disqualify Judge has this day been sent to the attorney of record for defendant.

SIGNED this 28th day of April, 2003.

_____
Jose Luis Pena

CAUSE NO. 2003-CCL-00198-C

| | | |
|---|---|---|
| JOSE LUIS PENA | * | IN THE COUNTY COURT |
| | * | |
| V. | * | AT LAW NO. THREE |
| | * | |
| THOMAS BARAJAS | * | CAMERON COUNTY, TEXAS |

## ORDER OF RECUSAL

On the _____day of _____, 2003, came to be considered the Motion of Jose Luis Pena, Motion To Recuse Judge, the Honorable Judge Daniel Robles, presiding judge of the County Court at law No. 3. The Court, after considering the pleadings and evidence, and the arguments of counsel is of the opinion that the motion should be granted.

IT IS THEREFORE, ORDERED that the above-name trial judge be and is hereby recused from further proceedings in the above entitled and numbered cause. It is further ordered that the above-named trial judge take no further actions in the case except for good cause stated in any order taking action.

By this order, the undersigned hereby requests that the presiding judge assign another judge to sit in the cause.

SIGNED this _____day of _____, 2003.

_____
JUDGE PRESIDING