United States District Court
Southern District of Texas
FILED

JUN 17 2003

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| JOSE LUIS PEÑA, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-CV-40 |
| | § | |
| VALENTIN BARAJAS and | § | |
| TOMAS BARAJAS, | § | |
| *Defendants.* | § | |

**DEFENDANTS' PROPOSED DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Valentin Barajas** and **Tomas Barajas**, both Defendants in the above-entitled action and file this their Defendants' Proposed Discover/Case Management Plan, pursuant to the requirements of Federal Rule of Civil Procedure 26(f) and pursuant to the Court's Order of February 18, 2003, and in support thereof would respectfully show the Court as follows:

1. On May 29, 2003, the undersigned counsel attempted to contact the *Pro se* Plaintiff, Mr. Jose Luis Peña, by written correspondence sent via United States Certified Mail, Return Receipt Requested, to arrange for the required meeting pursuant to Federal Rule of Civil Procedure 26(f). A true and correct copy of this letter is attached hereto and incorporated herein as Exhibit "A". This letter was delivered to Mr. Peña at 9:52 a.m. on June 6, 2003. Unfortunately, Mr. Peña did not respond. As a result, the undersigned counsel files this proposed discovery/case management plan without the participation of the opposing counsel/party.

2. There is an action for (i) forcible entry and detainer and accompanying (ii) claim for the recovery of rental payments currently pending as Cause No. 2003-CCL-00198 in the Court At Law No. 3 for Cameron County, Texas. At this time, the parties are currently awaiting the Texas Supreme Court's appointment of a presiding judge because both the trial court judge, Judge Daniel Robles, and the administrative judge, Judge Darrell Hester, have recused themselves from residing over this action pursuant to Mr. Peña's motions.

3. The Plaintiff appears to allege Federal jurisdiction based upon the elements of 28 U.S.C. §1332(a)(1): (i) diversity of citizenship of the opposing parties; and (ii) an amount in controversy exceeding $75,000.00.

4. Both of the Defendants disagree with the facts alleged in Plaintiff's claims for (i) negligence and (ii) breach of contract. More specifically, Defendants contend that the only agreement between the parties was for the rental of the subject property. Further, the defects in the property which Plaintiff alleges caused his injuries were not obvious and known to the Defendants prior to their agreement to lease the subject property to the Plaintiff.

5. At this time, the Defendants are not aware of any additional parties who should be included in this action. The proposed Scheduling Order reflects that additional parties should be added by September 15, 2003.

6. At this time, the Defendants are not aware of any potential interventions into this case.

7. At this time, the Defendants are not aware of any class-action issues.

8. Defendants serve their Initial Disclosures, as required by Federal Rule of Civil Procedure 26(a), on the Plaintiff on this date, June 9, 2003. By cover of the May 29, 2003 letter to Mr. Peña, the Defendants served the Plaintiff with: (i) Defendants' Request for Initial Disclosures, (ii)

Defendants' Request for Expert Disclosure, and (iii) Defendants' First Request for Admissions. To date, the Plaintiff has not served his responses to these requests on the Defendants.

9. Defendants proposed the following discovery plan:

   a. Since the undersigned counsel has not been successful in making contact with Mr. Peña, she is unable to respond to any issues that would have been raised and discussed at the initial Rule 26(f) meeting.

   b. Defendants are not informed as to when and whom Plaintiff intends to send interrogatories.

   c. Defendants intend to send interrogatories to the Plaintiff as soon as his initial disclosures are received. The proposed Scheduling Order reflects that discovery shall be completed by September 1, 2003.

   d. Defendants are not informed as to whom and when Plaintiff intends to depose.

   e. Defendants intend to depose the Plaintiff and any other person reflected in Plaintiff's initial disclosures. Again, the proposed Scheduling Order reflects that discovery shall be completed by September 1, 2003. Accordingly, Defendants intend to depose all of the individuals designated in the Plaintiff's initial disclosures by that date.

   f. Defendants are not aware of when Plaintiff will be able to designate his expert witnesses and produce their reports. However, the Defendants propose such date be September 30, 2003, as reflected in the Defendants' Proposed Scheduling Order. The Defendants propose the deadline for their designation of expert witnesses and production of their expert reports be October 30, 2003.

g. At this time, the Defendants are not aware of what expert depositions the Plaintiff intends to take or his anticipated completion date.

h. Until the Defendants are served with the Plaintiff's responses to their request for expert disclosures, the Defendants cannot advise which of the Plaintiff's experts they intend to depose. Likewise, Defendants cannot advise of their anticipated completion date for taking of these experts' depositions.

10. Defendants are not aware if the Plaintiff does not agree to its proposed discovery plan and proposed Scheduling Order.

11. Defendants served their (i) Defendants' Request for Expert Disclosures and (ii) Defendants' First Request for Admissions on Plaintiff on May 29, 2003. To date, Plaintiff has not served any discovery requests on the Defendants. Plaintiff has not yet served his responses to Defendants' discovery requests.

12. Defendants anticipate that the discovery process can be completed by November 21, 2003.

13. Defendants cannot advise the Court as to the likelihood of a prompt settlement in the referenced action as their undersigned counsel has not been able to make contact with the Plaintiff.

14. The Defendants have spent most of their time responding to the motions and other actions taken by the Plaintiff. Accordingly, the parties have not discussed settlement.

15. The Defendants are amenable to mediation. The Defendants' proposed Scheduling Order provides that such mediation should be completed by December 1, 2003.

16. The Defendants are amenable to trial before a magistrate judge.

17. The Plaintiff requested a jury trial in his Original Complaint. However, the Defendants are unable to determine whether the applicable jury fees has been tendered to the U.S. District Clerk.

18. The Defendants anticipate it will take approximately five (5) hours to present their evidence to the jury in this case. Unfortunately, the Defendants are not aware of how long the Plaintiff will take to present his evidence.

19. The Court has already ruled on the Defendants' pending pre-trial conference. More specifically, the Court remanded the eviction portion of this matter to the State court and dismissed two (2) of the Plaintiff's causes of action pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court retained the remaining causes of action: (i) breach of contract and (ii) negligence.

20. At this time, the Defendants are not aware of any pending motions before the Court.

21. The Plaintiff has failed to comply with the applicable rules with regard to his initial disclosures and cooperating with counsel to formulate a discovery/case management plan. Accordingly, Defendants respectfully request the Court dismiss the actions pleaded against them.

22. The following are the names, bar numbers, addresses and telephone numbers of all counsel;

**Attorneys for the Plaintiff:**
Mr. Jose Luis Peña, *Pro se*
P.O. Box 531244
Harlingen, Texas 78553
(956) 412-3045

**Attorneys for the Defendants:**
The Rentfro Faulk Law Firm
William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN# 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695

Respectfully submitted,
**The Rentfro Faulk Law Firm**

_____
William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN#: 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for the Defendants

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendants' Proposed Discovery/Case Management Plan was delivered to all counsel and parties of record in the manner designated below on the 9th day of June, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Certified U.S. Postal Service, RRR, No.**   7002 3150 0001 8812 6921

_____
Jana Smith Whitworth

### Certificate of Conference

I hereby certify that a reasonable effort was made to contact Mr. Peña to meet in compliance with Federal Rule of Civil Procedure 26(f) and the effort failed. More specifically, I certify that I contacted Mr. Peña on May 29, 2003, via correspondence sent by U.S. Certified Mail, Return Receipt Requested about the necessity to prepare the preceding Discovery/Case Management Plan, but was unable to elicit a response from Mr. Peña.

_____
Jana Smith Whitworth

## The Rentfro Faulk Law Firm

*Daniel Rentfro, Jr.*
*William L. Rentfro*
*William A. Faulk, Jr.*

*Jana Smith Whitworth*

**ATTORNEYS AT LAW**
**185 E. RUBEN M. TORRES SR. BOULEVARD**
**(FM 802 AT McALLEN ROAD)**
**BROWNSVILLE, TEXAS 78520-9136**

Tel: *956-541-9600*
Fax: *956-541-9695*

E-Mail: *attorneys@rfbllp.com*

<u>Of Counsel</u>
*Daniel L. Rentfro*
*William A. Faulk, Sr*
*T. Mark Blakemore*

May 29, 2003

*Via U.S. Certified Mail, RRR, No.* 7002 2410 0000 9606 7424
*and Regular U.S. Postal Service*
Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553

**COPY**

RE:   Civil Action No. 03-CV-40; *Jose Luis Peña vs. Valentin Barajas and Tomas Barajas*; in the United States District Court, Southern District of Texas, Brownsville Division before the Honorable Judge Hilda G. Tagle, United States District Judge.

Cause No. 2003-CCL-00198-C; *Jose Luis Peña vs. Thomas Barajas*; in County Court at Law No. 3 for Cameron County, Texas.

Dear Mr. Peña:

Please find enclosed the following original written discovery requests: (i) Defendants' Request for Initial Disclosures, (ii) Defendants' Request for Expert Disclosures, and (iii) Defendants' Request for Admissions to Plaintiff.

Pursuant to the Federal Rules of Civil Procedure, we are forwarding the originals to you and will not file same with the District Clerk.

Please contact the undersigned at your convenience so we may discuss the preparation of our joint case management plan that is due on June 6, 2003, in preparation for our initial pretrial conference set for June 23, 2003 at 2:00 p.m.

Finally, please find enclosed our proposed Agreed Scheduling Order for your review and comments. Please review the dates proposed and advise of any conflicts or required changes.

Your courtesy and cooperation in this matter would be greatly appreciated.

Sincerely,

Jana Smith Whitworth
FOR THE FIRM

Enclosures

cc: Mr. Tomas Barajas

**EXHIBIT "A"**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JOSE LUIS PENA
   P O BOX 531824
   HARLINGEN TX 78553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Jose L. Peña

C. Date of Delivery
6-6-03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7002 2410 0000 9606 7424

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540



# Track & Confirm

**Current Status**

You entered 7002 2410 0000 9606 7424

Your item was delivered at 9:52 am on June 06, 2003 in HARLINGEN, TX 78550.

( Shipment Details > )

**Track & Confirm**

Enter label number:

Track & Confirm FAQs ( Go > )

**Notification Options**

▸ Track & Confirm by email    What is this?    ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use   Privacy Policy



http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output    6/9/2003