| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED

JUN 1 7 2003

Michael N. Milby
Clerk of Court

| JOSE LUIS PEÑA, | § |
|---|---|
| *Plaintiff* | § |
| | § |
| VS. | § CIVIL ACTION NO. B-03-CV-40 |
| | § |
| VALENTIN BARAJAS and | § |
| TOMAS BARAJAS, | § |
| *Defendants.* | § |

**DEFENDANTS' MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Valentin Barajas and Tomas Barajas**, the above-entitled action, and file this Motion for Entry of Proposed Scheduling Order pursuant to Federal Rule of Civil Procedure 16, and, in support thereof would respectfully show the Court as follows:

**A. Introduction**

1. This motion asks the Court enter the attached Proposed Scheduling Order.

**B. Facts**

2. This case is a (i) breach of contract and (ii) negligence action arising out of the Plaintiff's leasing of residential real property (the "Leasehold") owned by Defendant Tomas Barajas. More specifically, the Plaintiff claims the Defendant agreed to sell the Leasehold to him but did convey title to him. The negligence claim arises out numerous alleged defects in the Leasehold of which the Plaintiff claims the Defendants had knowledge and knowingly concealed.

3. On or about September 3, 2002, the Defendants (collectively, "Barajas") filed an eviction action for forcible entry and detainer against Plaintiff Jose Luis Peña ("Mr. Peña") in the Justice Court for Precinct 5 Place 2 of Cameron County, Texas.

4.	Mr. Peña was initially served with citation in the underlying forcible entry and detainer suit on October 15, 2002 and again on January 16, 2003.

5.	Mr. Peña filed his notice of removal on February 18, 2003.

6.	Mr. Peña filed his Original Complaint in the above-entitled action on February 18, 2003.

7.	On February 18, 2003, the Court entered its Order Setting Conference scheduling the first pre-trial conference on June 23, 2003.

8.	Barajas filed their (i) Defendants' Motion to Dismiss for Plaintiff's Failure to State a Claim and (ii) Defendants' Motion to Remand Eviction Action on March 18, 2003.

9.	On May 8, 2003, the Court remanded the eviction action to state court and dismissed two (2) of the Plaintiff's causes of action: (i) his slander cause of action; and (ii) his cause of action for fraudulent misrepresentation.

10.	To date, the parties have not obtained a scheduling order setting this matter for trial.

### C. Relief requested/Prayer

11.	The Defendants respectfully request that the Court set this motion for hearing at the June 23, 2003 Pre-Trial Conference, and after such hearing, direct the Case Manager to complete the Proposed Scheduling Order with the applicable trial dates and then enter the completed Proposed Scheduling Order.

Respectfully submitted,
**The Rentfro Faulk Law Firm**

William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN# 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.

Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for Defendants

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendants' Motion For Entry of Proposed Scheduling Order was delivered to all counsel and parties of record in the manner designated below on the 9th day of June, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Certified U.S. Postal Service, RRR, No.**   7002 3150 0001 8812 6921

William A. Faulk, Jr.

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| JOSE LUIS PEÑA, *Plaintiff* | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-CV-40 |
| VALENTIN BARAJAS and TOMAS BARAJAS, *Defendants.* | § § § § | |

### DEFENDANTS' PROPOSED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the Defendant proposes the following scheduling order:

1. DISCOVERY must be completed by: _____November 21, 2003_____.

2. OTHER PARTIES will be joined by: ___September 15, 2003___.

3. AMENDMENTS to pleadings will be filed by: ___September 15, 2003___.

4. Plaintiff's EXPERT WITNESSES DESIGNATED and EXPERT REPORTS PRODUCED by: _____September 30, 2003_____.

5. Defendants' EXPERT WITNESSES DESIGNATED and EXPERT REPORTS PRODUCED by: _____October 30, 2003_____.

6. JOINT WITNESS & EXHIBIT STATEMENT must be filed by: __November 28, 2003__.

7. CASE SHOULD BE MEDIATED by __December 1, 2003__.

********************* **The Court will provide the following dates** *******************

8. DISPOSITIVE MOTIONS will be filed by: _____.

9. JOINT PRE-TRIAL ORDER must be filed by: _____.

10. DOCKET CALL and FINAL PRE-TRIAL CONFERENCE is set for 1:30 o'clock p.m. on: _____.

11. JURY SELECTION is set for 9:00 o'clock a.m. on: _____.

EXHIBIT "A"

Page 1 of 2

**This case will remain on standby until tried.**

SIGNED on _____.

                                      HILDA G. TAGLE
                                      UNITED STATES DISTRICT JUDGE

SUBMITTED BY and ENTRY REQUESTED:

The Rentfro Faulk Law Firm

_____/s/_____
William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN# 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for Defendants

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| JOSE LUIS PEÑA, § | |
| *Plaintiff* § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-CV-40 |
| § | |
| VALENTIN BARAJAS and § | |
| TOMAS BARAJAS, § | |
| *Defendants.* § | |

## ORDER SETTING HEARING ON
## DEFENDANTS' MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

Came on this day for consideration the request for hearing on the Defendants' Motion for Entry of Proposed Scheduling Order. The Court, after reviewing the pleadings on file is of the opinion that the request for hearing on this motion is well taken and is hereby GRANTED.

IT IS HEREBY ORDERED that a hearing on the Defendant's Motion for Entry of Proposed Scheduling Order is set for _____, 2003 at _____ o'clock _____.m. at the Federal Courthouse located at 600 E. Harrison Street, Brownsville, Texas.

SIGNED on _____, 2003.

HONORABLE HILDA TAGLE
UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

JOSE LUIS PEÑA, §
    *Plaintiff* §
 §
VS. § CIVIL ACTION NO. B-03-CV-40
 §
VALENTIN BARAJAS and §
TOMAS BARAJAS, §
    *Defendants.* §

## ORDER SETTING HEARING ON
## DEFENDANTS' MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

Came on this day for consideration the request for hearing on the Defendants' Motion for Entry of Proposed Scheduling Order. The Court, after reviewing the pleadings on file is of the opinion that the request for hearing on this motion is well taken and is hereby GRANTED.

IT IS HEREBY ORDERED that a hearing on the Defendant's Motion for Entry of Proposed Scheduling Order is set for _____, 2003 at _____ o'clock \_\_\_\_\_.m. at the Federal Courthouse located at 600 E. Harrison Street, Brownsville, Texas.

SIGNED on _____, 2003.

                                                    HONORABLE HILDA TAGLE
                                                    UNITED STATES DISTRICT COURT

SUBMITTED BY:

**The Rentfro Faulk Law Firm**

_____
William A. Faulk, Jr.
SBN#:06855100
Federal I.D. No.
Jana Smith Whitworth
SBN# 00797453
Federal I.D. No. 20656
185 E. Ruben Torres Sr., Blvd.
Brownsville, Texas 78520
Telephone: (956) 541-9600
Facsimile: (956) 541-9695
Attorneys for Defendants