| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

JUN 2 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE LUIS PEÑA, § | |
| *Plaintiff* § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-CV-40 |
| § | |
| VALENTIN BARAJAS and § | |
| TOMAS BARAJAS, § | |
| *Defendants.* § | |

### DEFENDANTS' REPORT OF AVAILABILITY FOR MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Valentin Barajas** and **Tomas Barajas**, both Defendants in the above-entitled action and file this their Defendants' Report of Availability for Mediation, pursuant to the Court's Order of June 23, 2003, and 28 U.S.C. §652(a), and in support thereof would respectfully show the Court as follows:

### I. Introduction

1.  This case arises out of the oral rental agreement between Plaintiff Jose Luis Peña and Defendant Tomas Barajas for the lease of Defendant's residential real property. Plaintiff alleges the following causes of action: (i) breach of contract and (ii) negligence.

### II. Court's Order to Mediate

2.  On June 23, 2003, at the status conference hearing, the Court advised that it intended to refer this matter to U.S. Magistrate Felix Recio for evaluation and mediation.

3.  The Court ordered the Defendants to provide a time frame in which they would be available to travel from their Florida residence to Texas to attend and participate in the mediation with U.S. Magistrate Felix Recio.

### III. Defendants' availability

4.  Defendants are both seasonal farm workers. More specifically, the Defendants travel all over the United States and Mexico harvesting crops.

5.  At this time, both Defendants are unemployed and are awaiting the arrival of the Michigan apple season to return to employment as harvesters.

6.  Accordingly, both Defendants can be available for mediation any time prior to August 15, 2003. After that time, it would cause a great financial hardship on both Defendants to forego their seasonal employment to travel to Texas and attend the mediation.

### IV. Status of discovery

7.  On May 29, 2003, Defendants served the following written discovery requests on Plaintiff: (i) Defendants' Request for Initial Disclosures, (ii) Defendants' Request for Expert Disclosures, (iii) Defendants' Request for Admissions to Plaintiff. To date, Plaintiff has served his responses to the request for initial disclosures.

8.  On June 10, 2003, Defendants served their Defendants' Initial Disclosures to Plaintiff.

9.  On June 25, 2003, the Defendants served the following written discovery requests on Plaintiff: (i) Defendants' First Set of Interrogatories to Plaintiff and (ii) Defendants' First Request for Production and Request for Entry and Inspection of 2914 Nueces Drive, Harlingen, Texas. The Plaintiff's responses to these written discovery requests must be served by July 25, 2003.

10. Accordingly, Defendants respectfully request that the mediation be scheduled between the dates of July 26, 2003 and August 15, 2003.

## IV. Prayer/Relief Requested

11.    For these reasons, the Defendants respectfully request that the Court order the mediation to take place between the dates of July 26, 2003 and August 15, 2003.

>Respectfully submitted,
>**The Rentfro Faulk Law Firm**
>
>William A. Faulk, Jr.
>SBN#:06855100
>Federal I.D. No.
>Jana Smith Whitworth
>SBN#: 00797453
>Federal I.D. No. 20656
>185 E. Ruben Torres Sr., Blvd.
>Brownsville, Texas 78520
>Telephone: (956) 541-9600
>Facsimile: (956) 541-9695
>Attorneys for the Defendants

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was delivered to all counsel and parties of record in the manner designated below on the 25th day of June, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Telecopier No. (956) 412-3045
and Certified U.S. Postal Service, RRR, No.** 7002 3150 0001 8812 7096

>Jana Smith Whitworth