## *The Rentfro Faulk Law Firm*

ATTORNEYS AT LAW
185 E. RUBEN M. TORRES SR. BOULEVARD
(FM 802 AT McALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel: 956-541-9600
Fax: 956-541-9695

E-Mail: attorneys@rfbllp.com

*Daniel Rentfro, Jr.*
*William L. Rentfro*
*William A. Faulk, Jr.*

*Jana Smith Whitworth*

Of Counsel
*Daniel L. Rentfro*
*William A. Faulk, Sr*
*T. Mark Blakemore*

June 23, 2003

*Via Telecopier No. (956) 412-3045*
*and Regular U.S. Postal Service*
Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553

RE: Civil Action No. 03-CV-40; *Jose Luis Peña vs. Valentin Barajas and Tomas Barajas*; in the United States District Court, Southern District of Texas, Brownsville Division before the Honorable Judge Hilda G. Tagle, United States District Judge.

Cause No. 2003-CCL-00198-C; *Jose Luis Peña vs. Thomas Barajas*; in County Court at Law No. 3 for Cameron County, Texas.

Dear Mr. Peña:

This letter is to document our agreement, pursuant to Federal Rule of Civil Procedure 29, regarding our joint compliance with Judge Tagle's order to fulfill the requirements of Federal Rule of Civil Procedure 16(a), 16(b) and 16(c).

More specifically, it is my understanding that you will serve your Plaintiff's Initial Disclosures on me by 5:00 o'clock p.m. tomorrow, Tuesday, June 24, 2003.

It is my understanding that we will meet Wednesday, June 25, 2003, via telephone, to discuss the issues to be addressed in the Joint Discovery/Case Management Plan. If agreeable with you, I will initiate the call at 2:00 o'clock p.m. If you have a conflict with this time, please contact me at your earliest convenience to schedule a more convenient time.

Finally, it is my understanding that I will draft the proposed Joint Discovery/Case Management Plan and submit a draft to you, via telecopier, for your review and signature by 2:00 o'clock p.m. on Thursday, June 26, 2003. This will give us approximately 24 hours to resolve any unforeseen difficulties before filing the Joint Discovery/Case Management Plan on Friday, June 27, 2003, by noon.

Please review the terms of our agreement and schedule to comply with Judge Tagle's order set forth above. If the terms accurately reflect your understanding of our agreement, please sign in the space provided below for your signature and fax back to me for filing with the District Clerk.

Mr. Jose Luis Peña, *Pro se* Plaintiff  
June 23, 2003

Page 2

If the terms reflected above do not accurately reflect our agreement, please contact me at once to discuss this matter.

Your cooperation in this matter would be greatly appreciated.

Sincerely,

Jana Smith Whitworth
FOR THE FIRM

APPROVED AND AGREED:

Mr. Jose Luis Peña, *Pro se* Plaintiff

cc:   Honorable Judge Hilda Tagle, United States District Judge
      Messrs. Tomas Barajas and Valentin Barajas

Mr. Jose Luis Peña, *Pro se* Plaintiff  Page 2
June 23, 2003

      If the terms reflected above do not accurately reflect our agreement, please contact me at once to discuss this matter.

      Your cooperation in this matter would be greatly appreciated.

                            Sincerely,

                            Jana Smith Whitworth
                            FOR THE FIRM

APPROVED AND AGREED:

_____
Mr. Jose Luis Peña, *Pro se* Plaintiff

cc:    Honorable Judge Hilda Tagle, United States District Judge
       Messrs. Tomas Barajas and Valentin Barajas