# Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ■ Nicolas | | ☐ Levesque | | |
| DATE | 6 | 23 | 03 | | |
| TIME | | a.m. | | | a.m. |
| | 2:00 | p.m. | 2:20 | | p.m. |
| CIVIL ACTION | B | 03 | 40 | | |
| STYLE | JOSE LUIS PENA | | | | |
| | *versus* | | | | |
| | VALENTIN BARAJAS AND TOMAS BARAJAS | | | | |



United States District Court
Southern District of Texas
FILED
JUN 23 2003
Michael N. Milby, Clerk of Court

### DOCKET ENTRY

(HGT) ■ Initial Pretrial Conference         Court Reporter: Dora Canizales

■Counsel for Plaintiff: Jose Luis Pena, Pro Se (Home# 956-412-3045)

■Counsel for Defendants: William Faulk and Jana Whitworth

---

■ Scheduling Order to be entered.

■ **Comments:**

1. Defense counsel confirmed that his clients are Florida residents.
2. Plaintiff represented that there is no written contract, only an oral contract.
3. The parties will have until Friday, June 27, 2003 at 1:30 p.m. to conduct a Rule 26 meeting and file a Joint Discovery Case Management Plan. Plaintiff will make any and all disclosures at or before the Rule 26 meeting.
4. Defense counsel will submit a report on times her clients are available to mediate by Friday, June 27, 2003 at 1:30 p.m..
5. The parties are amenable to trial before the magistrate. The Court will order mediation before Judge Recio rather than refer the case at this time.
6. Plaintiff represented that he would seek leave to amend the complaint to add parties and causes of action.
7. The Court **GRANTED** Defendants' Motion For entry Of Proposed Scheduling Order [Dkt. No. 11]; however, the Court will enter its own order.

