IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE LUIS PENA § § Plaintiff, § § v. § VALENTIN BARAJAS and § THOMAS BARAJAS § § Defendants. § | CIVIL ACTION NO. B-03-040 |

## ORDER

BE IT REMEMBERED that on June 27, 2003, the Court **ORDERED** the parties to mediate this matter with Magistrate Judge Recio between July 26 and August 15, 2003. The parties will contact Magistrate Judge Recio to schedule the mediation and obtain instructions regarding specific mediation procedures.

DONE at Brownsville, Texas, this 27th day of June 2003.

Hilda G. Tagle
United States District Judge