| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

JOSE LUIS PENA                        §

vs.                                   §          Civil Action No. B- 03-40

VALENTIN BARAJAS and                  §
TOMAS BARAJAS

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __1-2__ days.                                ☐ Bench   ■ Jury

2. New parties must be joined by:                                              September 15, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:           September 30, 2003

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                             November 21, 2003
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:                                       December 22, 2003

7. Joint pretrial order is due:                                                February 19, 2004

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:          March 4, 2004

9. Jury Selection is set for 9:00 a.m. on:                                     March 8, 2004
   *(The case will remain on standby until tried)*

Signed ____June 27_____, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge