| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

JUL 2 9 2003

Michael N. Milby
Clerk of Court

| JOSE LUIS PEÑA, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-CV-40 |
| | § | |
| VALENTIN BARAJAS and | § | |
| TOMAS BARAJAS, | § | |
| *Defendants.* | § | |

### DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **Valentin Barajas** and **Tomas Barajas**, both Defendants in the above-entitled action and file this their Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), and in support thereof would respectfully show the Court as follows:

#### A. Introduction

1. This case arises out of the oral rental agreement between Plaintiff Jose Luis Peña and Defendant Tomas Barajas for the lease of Defendant's residential real property.

2. Plaintiff alleges the following causes of action: (i) breach of contract and (ii) negligence.

3. Defendant Tomas Barajas files a breach of contract action, in the counterclaim, against Plaintiff Jose Luis Peña to recover the rental proceeds Plaintiff failed to pay him for the right to possess the subject residential real property.

4. This matter is scheduled for Court-ordered mediation before U.S. Magistrate Judge Recio on

Tuesday, August 5, 2003.

### B. Plaintiff pleads diversity jurisdiction

5.   Plaintiff appears to rely on subject-matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1) because he is a Texas resident and the Defendants are both Florida residents. Further, Plaintiff pleads for damages in excess of $100,000.00.

### C. Plaintiff's "disclosures" for damages only amount to $60,000.00

6.   Upon Defendants filing of their Defendants' Motion to Compel Plaintiff's Initial Disclosures Required by Rule 26, Plaintiff forwarded a letter to Defendants claiming damages of $60,000.00, exclusive of any applicable interest, costs and attorney fees. A true and correct copy of this letter/disclosure is attached hereto and incorporated herein as Exhibit "A".

### D. Argument

7.   This Court's jurisdiction is limited to cases arising under U.S. Constitution or federal law or cases involving diversity of citizenship. *See* 28 U.S.C. §§1331, 1332. In this case, it is clear that the Court lacks jurisdiction over this dispute because the suit does not give rise to either federal question or diversity jurisdiction.

#### No Diversity Jurisdiction

8.   Although the Plaintiff alleges the Court has diversity jurisdiction, the amount in controversy does not exceed $75,000.00, excluding interest, costs, and attorney fees. *See* 28 U.S.C. § 1332. It is apparent from the Plaintiff's initial disclosures that he cannot substantiate damages in excess of $75,000.00.

### E. Conclusion

9.   Because *Pro se* Plaintiff, Mr. Jose Luis Peña has disclosed that he has only suffered damages of $60,000.00, this Court lacks subject-matter jurisdiction and should dismiss this action.

## F. Prayer

10.  For these reasons, the Defendants respectfully request that the Court set this motion for emergency hearing and, after such hearing, dismiss this action.

> Respectfully submitted,
>
> **The Rentfro Faulk Law Firm**
>
> _____
> William A. Faulk, Jr.
> SBN#:06855100
> Federal I.D. No.
> Jana Smith Whitworth
> SBN#: 00797453
> Federal I.D. No. 20656
> 185 E. Ruben Torres Sr., Blvd.
> Brownsville, Texas 78520
> Telephone: (956) 541-9600
> Facsimile: (956) 541-9695
> Attorneys for the Defendants

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction was delivered to all counsel and parties of record in the manner designated below on the 29th day of July, 2003.

Mr. Jose Luis Peña
P.O. Box 531244
Harlingen, Texas 78553
*Pro Se* Plaintiff
**Via Telecopier No. (956) 412-3045
and Regular U.S. Postal Service**

_____
Jana Smith Whitworth

JOSE LUIS PENA  
P.O. BOX 531244  
HARLINGEN, TEXAS  78553  
(956) 412-3045

July 28, 2003

Hon. Jana Smith Whitworth  
185 E. Ruben M. Torres Sr. Blvd.  
Brownsville, Texas  78520-9136



Re:  Civil Action No. 03-CV-40; Jose Luis Pena v. Valentin Barajas and Tomas Barajas; in the United States District Court, Southern District of Texas Brownsville, Division, Texas.

Dear Ms. Whitworth:

This is in regards to your alleged request with the initial disclosures.  As I mentioned to you, the damages are of personal injury and difficult to estimate, however, based on the injury and the physical inability to perform many tasks, I approximate the injury to be worth at least $50,000, property damages in the amount of $5,000, the copier and the Rainbow vacuum cleaner; approximately $5,000 in lost of wages and expenses.

Any additional tangible evidence is not feasible at this time, however, it will be supplemented when available.

Furthermore, let me advise you that as far as I understand the Rules of Federal Procedure, no discovery may be had before June 27, 2003.  I don't need to file a motion for protective orders since your discovery is not permissible.  However, I would not hesitate to file a Motion for Contempt, in that your persistence to do discovery is violation of the Rule 26 D.  Furthermore, I can not respond to your request for inspection, if I remember correctly, the judge advised you in open court that you should address that issue directly to her.  I would imagine the court would impose certain conditions before allowing the inspection to take place.

Also, I would suggest to you to reissue your discovery or in the alternative I would be faced with the idea of filing a Motion to Strike your discovery and thus, further delay these proceedings.  Also, as I remember you were to send me my regular mail additional discovery which as of today I do not have.

Please allow me to inform you that the electrical problem still persists in the house and it has messed up all my computers, fax and telephone line.  I had a computer technician over the weekend in an effort to solve some of these problems.  Therefore, some of the incoming calls may get thru others don't.

I have tried to comply with each and every request within my means and ability.

Sincerely

*Jose L Peña*
Jose Luis Peña