IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **JOSE LUIS PENA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-040 |
| | § | |
| **VALENTIN BARAJAS and** | § | |
| **THOMAS BARAJAS** | § | |
| | § | |
| **Defendants.** | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

BE IT REMEMBERED that on July 31, 2003, the Court **GRANTED** Defendants' Motion to Compel Plaintiff's Disclosures Required By Rule 26 [Dkt. No. 20-1] and **GRANTED** Defendants' Motion To Compel Inspection Of Subject Real Property [Dkt. No. 20-2].

Plaintiff has failed to disclose any materials satisfying Rule 26(a)(1)(B) or (C). Therefore, the Court, hereby, **ORDERS** Plaintiff to produce the following:

> a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment . . .
> a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered . . ..

FED. R. CIV. P. 26(a)(1)(B) & (C). Plaintiff will produce these materials on or before August 4, 2003, at 1:00 p.m.

Moreover, the Court, hereby, **ORDERS** Plaintiff to permit Defendants to inspect the real property located at 2914 Nueces Dr., Harlingen, Texas (the "Property"). Plaintiff shall allow Defendants access to the property before 5:00 p.m. on August 4, 2003, and shall allow Defendants sufficient time to execute a full and complete

inspection, a period not less than two hours and no greater than four hours.

Plaintiff has until August 18, 2003, to respond to Defendants' request for attorneys' fees in the amount of $1,500. After receiving Plaintiffs' response and hearing argument at a time and date to be scheduled, the Court will decide whether to award attorneys' fees.

The Court's decision is based on the facts that Plaintiff has an obligation under Rule 26 to produce the listed materials, that Plaintiff complains of the condition of the real property, that Defendants are the owners of the property, that this case is scheduled for mediation on August 5, 2003, and that a meaningful mediation is possible only if the parties have exchanged this information.

DONE at Brownsville, Texas, this 31st day of July 2003

_____
Hilda G. Tagle
United States District Judge