United States District Court
Southern District of Texas
FILED

AUG 05 2003

Michael N. Milby, Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date:   August 5, 2003

---

## C.A. NO. B-03-040 (HGT)

---

| | | |
|---|---|---|
| JOSE LUIS PENA | * | Pro se |
| VS | * | |
| VALENTIN BARAJAS and | * | Jana Smith Whitworth |
| THOMAS BARAJAS | * | " |

---

### MEDIATION MINUTES

The following parties appeared:   Jose Luis Pena
Yolanda Pena
Valentin Barajas
Thomas Barajas
Jana Smith Whitworth

After a chambers conference with Plaintiff and Defendants' counsel, the mediation was cancelled.