24

United States District Court
Southern District of Texas
FILED

AUG 1 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

JOSE LUIS PENA,  *
      Plaintiff,  *
                    *
VS.  *  CIVIL NO. B-03-040
                    *
                    *
VALENTIN BARAJAS, ET AL  *
      Defendant,  *

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

---

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW JOSE LUIS PENA, Plaintiff in the above-entitled action and files his Plaintiff's Response to Defendants' Motion To Dismiss For Lack of Subject Matter Jurisdiction and in support shows:

    Defendants filed their Motion to Dismiss For Lack of Subject Matter Jurisdiction on or about July 29, 2003. Defendants keep filing all sorts of frivolous motions in an attempt to engaged in a fishing expedition. Defendants engaged themselves in the law school principle of "if you don't have the law and the facts, muddy the waters".

    Plaintiff's case was set for mediation on the 5th day of August, 2003. Because of this deadline, defendants requested from plaintiff a proposed settlement offer in order to comply with the mediation deadline. Eventhough plaintiff knew for a fact that the mediation would be fruitless and almost impossible to reach, plaintiff made a one time demand to defendants on the 28th of July, 2003.

    In an attempt to reduce damages, costs, expenses and minimize any further delays in the pending actions against defendants, plaintiff

made a one time reasonable demand. See Exhibit "A" attached hereto and incorporated for all intended purposes.

Plaintiff had already advised defendants' counsel that the complaint was to be amended in the near future. Plaintiff further advised the defendants' counsel of the possible parties pending a final determination of the liability of the named parties. As per the demand letter, plaintiff left out future damages and/or medicals as the plaintiff's injury would deteriorate in the future, compensatory and punitive damages.

Plaintiff inadvertently inserted the same amount of damages in the wrong disclosures, and thus defendants rely on such disclosures as plaintiff's final calculation of damages. Plaintiff, has not plead all his compensatory damages as well as the punitive damages, which of course, are issues to be addressed by the jury during trial of plaintiff's actions.

Furthermore, defendants are engaged in a fishing expedition by, in this case, relying on a inadvertently misstated damages. Whereas, on the other hand, defendants also filed motions against plaintiff alleging plaintiff's refusal to disclosure its initial disclosures. It is quite confusing as to what actually or what the defendants are seeking by their frivolous motions.

further, plaintiff advised counsel for defendants that one of the actions to be amended in the new complaint is an issue of Due Process which is an issue arising under the Constitution of the United States of America.

Therefore, defendants are very well aware of the fact that plaintiff's demand letter was a settlement attempt and not the actual

damages sought by plaintiff on this trial of his causes of actions.

For these reasons, plaintiff further states to this Honorable Court that defendant is attempting to confuse the issues before this court and misconstrue a legitimate attempt by plaintiff to settle this cause of action amicable.

Therefore, plaintiff further requests that this Honorable Court, after hearing, enter an order denying defendants motion and any and all relief plaintiff may be justly entitled to as a matter of law.

Respectfully submitted,

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS 78553
(956) 412-3045
PRO SE

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was this day sent to Ms. Jana Smith Whitworth, counsel of record for defendants via fax; (956) 541-3414 on this the 18th day of August, 2003.

JOSE LUIS PENA

JOSE LUIS PENA
P.O. BOX 531244
HARLINGEN, TEXAS  78553
(956) 412-3045

July 28, 2003


Hon. Jana Smith Whitworth
185 E. Ruben M. Torres Sr. Blvd.
Brownsville, Texas  78520-9136

    Re:  Civil Action No. 03-CV-40; Jose Luis Pena v. Valentin Barajas
    and Thomas Barajas; In the United States District Court, Southern
    District of Texas, Brownsville, Division, Texas.

Dear Ms. Whitworth:

    This response in reference to the above subject matter and not the cause of action pending in the County Court at Law No. 3.  Therefore, as today I would request that when you are addressing the above case, omit the cause of action pending in the County Court at Law.

    Now, in reference to the possible settlement of your clients, I have no intentions of agreeing with your alleged client's proposal.  As you very well know, Valentin Barajas has no standing, as of now, and I have no written agreement with Tomas Barajas and thus, I would not be able to agree in any form or shape as to their alleged proposal.

    However, as courtesy to the Court as well as to you, this is what I would settle for as damages to my personal as well as property damages:

    a. My damages/injury to both of my hands in the amount of $50,000.
    b. My personal property, the copy machine and the vacuum cleaner in the amount of $5,000
    c. The approximate value of $5,000 for loss of wages.
    d. Upon payment of this amounts, I would be more than happy to relinquish the keys to the house.

    Please keep in mind that this is the only offer I will make, should [your clients not accept this offer, its final and I will no longer settle this matter.  Please let me inform you that I will also abandon any further criminal prosecution of your clients for intentionally and maliciously endangering the safety and welfare of my family by allowing serious electrical problems with the house and their intentional failure to disclose such dangerous conditions.

Sincerely,

Jose Luis Pena

Exhibit "A"